Filing # 185366483 E-Filed 11/02/2023 04:29:10 PM

IN THE TWENTHIETH CIRCUIT COURT IN AND
FOR COLLIER COUNTY, FLORIDA

D'AMICO HOLDING COMPANY,
D'AMICO'S CONTINENTAL NAPLES,
LLC and CAMPIELLO, LLC,

        Plaintiffs,

                                  CASE NO.:

v.

AXIS SURPLUS INSURANCE
COMPANY,

        Defendant.

_____/

## **COMPLAINT**

COME NOW Plaintiffs, D'Amico Holding Company ("D'Amico"), D'Amico's Continental

Naples, LLC and Campiello, LLC, by and through their undersigned attorneys, and hereby file this

Complaint against Defendant, Axis Surplus Insurance Company ("Axis"), alleging as follows:

1.      This is an action for damages in excess of $50,000, exclusive of interest and costs.

2.      Plaintiff, D'Amico, is a foreign corporation based in Minnesota.

3.      Continental Naples, LLC is a foreign limited liability company authorized to transact

business in the State of Florida.

4.      Campiello, LLC is a foreign limited liability company authorized to transact  business

in the State of Florida.

5.      Axis is a corporation organized and existing under the laws of the State of Illinois, with

its principal place of business in Georgia.  At all times material, Axis has been conducting business in

the State of Florida.

6.      This Court has jurisdiction over the subject matter of this action and the parties hereto.

7.      Venue is proper in this Court in that the cause of action accrues in Collier County and the property insured pursuant to the applicable insurance policy and otherwise involved in this litigation is located in Collier County.

8.      D'Amico owns and controls, as subsidiary limited liability companies, both Continental Naples, LLC and Campiello, LLC.

9.      Continental Naples, LLC operates a restaurant establishment located at 1205 3rd Street South, Naples, Collier County, Florida 34102, known as The Continental ("The Continental"). Continental Naples, LLC also owns all of the physical assets of this restaurant.

10.     Campiello, LLC operates a restaurant establishment located at 1177 3rd Street South, Naples, Collier County, Florida 34102, known as Campiello ("Campiello").  Campiello, LLC also owns all of the physical assets of this restaurant.

11.     Axis provided a policy of property insurance covering both of the restaurant properties – The Continental and Campiello - by virtue of its Policy No. EAF777540-21, with a policy period of November 1, 2021 to November 1, 2022.  A true and correct copy of the Policy, including its Endorsements, is attached hereto as Exhibit "A" and incorporated herein by reference (the "Policy").

12.     Pursuant to Endorsement A of the Policy all three Plaintiffs are named insureds. Further, the restaurant properties - The Continental and Campiello – are "Insured Locations" and "Covered Property" under the Policy.

13.     On or about September 28, 2022, both of the restaurant properties– The Continental and Campiello - sustained substantial damage caused by Hurricane Ian.

14.     The parties agree that the substantial losses incurred by Plaintiffs relating to the subject restaurant properties arising from Hurricane Ian were and are covered losses under the Policy, and one or more of the Plaintiffs have submitted claims for losses or reimbursement for losses, or both, to Axis

regarding the same.  The parties, however, disagree as to the applicable deductible(s) and the amount(s) of the same to be applied pursuant to the Policy and its Endorsements to these losses.

15.     Two Endorsements to the Policy, both issued and effective November 1, 2021, are involved in this dispute.

16.     Endorsement I – entitled WIND DEDUCTIBLES – applies to both a "Named Windstorm" and "All Other Windstorm and Hail".  Per Endorsement I, paragraph 1., a "Named Windstorm" "means a storm or weather disturbance that is named by the National Weather Service or other recognized authority".  There is no dispute that Hurricane Ian was a "Named Windstorm" under the Policy.

17.     Endorsement I - WIND DEDUCTIBLES – provides in part as follows:

> 1. If Named Windstorm is shown in the schedule under Cause of Loss as applying to a location(s) then the deductible for that location(s) applies to loss or damage caused directly or indirectly by a Named Windstorm, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.  If loss or damage from a covered weather condition other than a Named Windstorm occurs, and that loss or damage would not have occurred but for the Named Windstorm, such loss or damage shall be considered to be caused by Named Windstorm and therefore part of the Named Windstorm "occurrence".

18.     Endorsement E is entitled FLOOD ENDORSEMENT, and provides in part as follows:

> 1. COVERED CAUSE OF LOSS
> Subject to the terms and conditions of the Policy to which this Endorsement is attached, this Policy is extended to cover direct physical loss or damage to covered property **caused by Flood** as defined herein.

(Emphasis supplied.)

19.     Pursuant to Endorsement I, Wind Deductibles, the applicable deductible would be 5% of the real and personal property and business income total insured values at the time of loss or damage at the locations where the physical damage occurred.

20.     The 5% of the aggregate "statement of values" for each location, amounts to $350,000 for Campiello and $235,500 for the Continental, for an aggregate total deductible of $585,500 for both locations under Endorsement I.

21.     Pursuant to Endorsement E, Flood Endorsement, the deductible for all losses caused by or resulting from physical loss or damage to locations fully or partially in a High Hazard Flood Zone is $500,000 per building.  The subject restaurants are within a High Hazard Flood Zone.  Thus, the applicable deductible under Endorsement E for losses sustained by Plaintiffs is $500,000 per building, yielding a total deductible of  $1,000,000.

22.     Sections I. 1 and I. 3 of the Policy (at page 7 of 41), under "Application of Deductibles" provide that if the loss occurring out of one "occurrence" is subject to any combination of deductibles, then the amount to be deducted shall be the larger of the deductible amounts.

23.     Subsection E. 29 of the General Conditions of the Policy (page 38 of 41) provides, in part, that:

> 29. "Occurrence" means, except as may be more specifically defined for a Covered Cause of Loss, any one loss, disaster or casualty, or series of losses, disasters or casualties arising out of one event.  When the word applies to loss or losses from the perils of tornado, tsunami, windstorm, Named Windstorm, hail, riot, riot attending a strike, civil commotion, malicious mischief, "flood", "earthquake" or leakage from fire extinguishing equipment due to "earthquake", if such perils are covered under this "policy", one event shall be construed to be all losses arising during a continuous period of seventy-two (72) hours.

24.     It is Plaintiffs' position that the total deductible for damages caused by the Named Windstorm (Hurricane Ian) pursuant to the Policy amounts to $585,500.  Hurricane Ian was and is a "Named Windstorm" as defined in the Policy.  Further, the Wind Deductibles Endorsement clearly provides that even if loss or damage from a "covered weather condition" or "any other cause or event"

other than a Named Windstorm occurs, and that loss or damage would not have occurred but for the Named Windstorm, such loss or damage "**shall be considered to be caused by Named Windstorm and therefore part of the Named Windstorm 'occurrence'**". (Emphasis supplied.) Moreover, the Flood Endorsement states that it is to "cover direct physical loss or damage to covered property **caused by Flood** as defined herein". (Emphasis supplied.) The second page of the Flood Endorsement, under the heading of DEDUCTIBLE, refers to losses either "under this endorsement" or "caused by or resulting from" physical loss or damages covered by that Endorsement. Plaintiffs' position is that a plain reading of both Endorsements yields only one conclusion: <u>none</u> of the loss or damage that occurred during or related to Hurricane Ian, a Named Windstorm, would have been "caused by Flood", since the latter, pursuant to the Policy and Endorsement provisions, would be considered as caused by the Named Windstorm.

25.     Axis disagrees with Plaintiffs' position as to the deductible amount under the applicable Policy and its Endorsements. Axis takes the position that there is a combination of two applicable deductibles from two different causes of loss – wind and flood. Axis contends that the loss or damage caused directly or indirectly by wind is subject to the Named Windstorm deductible, and that loss or damage caused by flood is subject to the Flood deductible. As the Flood deductible is $1,000,000, that is the larger of the deductible amounts, and the amount of the deductible Axis contends is applicable. Moreover, Axis has applied this deductible amount ($1,000,000) to claim submissions of Plaintiffs related to Hurricane Ian.

26.     Plaintiffs have paid amounts in excess of the $585,500 deductible amount they claim is applicable to the present case, and up to the $1,000,000 deductible amount claimed by Axis, and have thus been damaged by those payments, as all amounts over $585,500 are not subject to a deductible by Axis and should be paid in full by Axis to Plaintiffs.

27.     Pursuant to the above, Plaintiffs have been damaged in an amount equal to $414,5000.

28.     All conditions precedent to the institution of this suit have been performed by Plaintiffs or have otherwise occurred.

WHEREFORE, Plaintiffs demand judgment against Axis in the principal amount of $414,5000, together with prejudgment interest thereon, court costs, and all other and further relief allowable under the laws of the State of Florida.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury of all issues so triable as of right.

*/s/ Keith J. Hesse*
Keith J. Hesse
Florida Bar No. 348007
Patricia M. Montes de Oca
Florida Bar No. 519812
Shuffield, Lowman & Wilson, P.A.
P.O. Box 1010
Orlando, FL  32802-1010
Telephone:     (407) 581-9800
Facsimile:     (407) 581-9801
e-mail: khesse@shuffieldlowman.com
                litservice@shuffieldlowman.com
Attorney for Plaintiffs

 **CRC Group**

# FACE PAGE

**This page is the face of the policy referenced by number below and is a part of the policy.**

---

Insured's Name:  **D'Amico Holding Company**
Policy Number:  **EAF777450-21**            Policy Dates:  From:  **11/1/2021**  To:  **11/1/2022**

Surplus Lines Agent's Name:              **Daniel Myer**
Surplus Lines Agent's Address:            **3000 Bayport Dr. Suite 485**
                                          **Tampa, FL 33607**
Surplus Lines Agent's License:            **# E092346**
Producing Agent's Name:                   William D. Jeatran
Producing Agent's Physical Address:       6160 Golden Hills Drive
                                          Minneapolis, MN 55416

**"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER."**

## "SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY."

| | | | |
|---|---|---|---|
| Policy Premium: | $287,152.00 | Policy Fee: | |
| Inspection Fee: | | Service Fee: | $172.29 |
| Tax: | $14,185.31 | Citizen's Assessment: | |
| EMPA Surcharge: | $4.00 | FHCF Assessment: | |

Surplus Lines Agent's Countersignature:  _____

If this policy is a surplus lines, personal lines residential property policy then the following shall apply:

## "THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."

If this policy is a surplus lines, personal lines residential property policy which includes the peril of windstorm then the following shall apply:

## "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."

EXHIBIT "A"

POLICY NUMBER: EAF777450-21

"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.
PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF
THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY
FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.  SURPLUS LINES
INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA
REGULATORY AGENCY."



# COMMON POLICY DECLARATIONS

| AXIS SURPLUS INSURANCE COMPANY 111 SOUTH WACKER DRIVE, SUITE 3500 CHICAGO, IL 60606 | CRC INSURANCE SERVICES, INC. DBA CRC SWETT ONE NORTH FRANKLIN STREET, SUITE 3500 CHICAGO, IL 60606 |
|---|---|

NAMED INSURED:    D'Amico Holding Company (See Named Insured Schedule - Endorsement A)

MAILING ADDRESS:   275 Market Street Suite 411

Minneapolis, MN 55405

POLICY PERIOD: FROM   November 01, 2021    TO  November 01, 2022    AT 12:01 A.M. STANDARD
TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| BUSINESS DESCRIPTION | Restaurant |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

|  | PREMIUM |
|---|---|
| BOILER AND MACHINERY COVERAGE PART | $ _____ |
| CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART | $ _____ |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ _____ |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ _____ |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ _____ |
| COMMERCIAL PROPERTY COVERAGE PART | $ 287,152 |
| CRIME AND FIDELITY COVERAGE PART | $ _____ |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | $ _____ |
| FARM COVERAGE PART     + $14,185.31 FL SL Tax | $ _____ |
| LIQUOR LIABILITY COVERAGE PART     + $172.29 FL Stamping Fee | $ _____ |
| POLLUTION LIABILITY COVERAGE PART  + $4.00 FL EMPATF | $ _____ |
| PROFESSIONAL LIABILITY COVERAGE PART | $ _____ |
| INSPECTION FEE | $ _____ |
| INSURED PURCHASED TRIA TERRORISM COVERAGE  ☒NO  ☐ YES | $ _____ |
| **TOTAL:** | $ 287,152 |

Premium shown is payable:    $ 287,152    at inception.

SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA
REGULATORY AGENCY. THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.
PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA
INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF
AN INSOLVENT UNLICENSED INSURER.

ES 018 1020                                          **Page 1 of 2**        ☐
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

| | FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS): | |
|---|---|---|
| 01 | AXIS Surplus Common Policy Declarations - ES 018 1020 | |
| 02 | Notice to Policyholder – ES 115 0106 | |
| 03 | Policyholder Notice - Florida – ES 105 0316 | |
| 04 | AXIS Property Form – AXIS Primary Form 0507 | |
| 05 | Named Insured Schedule – Endorsement A – ES 109 0107 | |
| 06 | Additional Sub-Limits Endorsement – Endorsement B – AXIS 1011736 0718 | |
| 07 | Equipment Breakdown Coverage – Endorsement C – ES 506 0507 | |
| 08 | Equipment Breakdown Coverage Schedule – Endorsement D – ES 507 0507 | |
| 09 | Flood Endorsement – Endorsement E – ES 502 0507 | |
| 10 | Earth Movement Coverage Endorsement – Endorsement F – MANU 202101190 10 21 | |
| 11 | Ordinary Payroll Exclusion – Endorsement G – MANU 2021091017 0921 | |
| 12 | Protective Safeguards – Endorsement H - ES 530 0507 | |
| 13 | Wind Deductibles Endorsement – Endorsement I – ES 501 0408 | |
| 14 | Scheduled Limit Of Liability Endorsement – Endorsement J – ES 503 0507 | |
| 15 | Minimum Earned Premium – Endorsement K - ES 187 1007 | |
| 16 | Replacement Cost Coverage – Endorsement L - ES 146 0106 | |
| 17 | Failure to Perform Exclusion – Endorsement M - ES 189 0507 | |
| 18 | Exclusion of Loss or Damage due to Virus or Bacteria – Endorsement N - AXIS 1012682 0520 | |
| 19 | Terrorism Exclusion Endorsement – Endorsement O – AXIS TERROR EXCLUSION 01 06 | |
| 20 | Cancellation and Nonrenewal Endorsement – Florida - Endorsement P – AXIS 801 FL (10-15) | |
| 21 | Service of Suit – Florida - AXIS 106 (04-15) | |
| 22 | Signature Page – AXIS 102 ASIC (04-15) | |
| 23 | Claim Notice – ES 036 0220 | |

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

ES 018 1020
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

**NOTICE TO POLICYHOLDER**

This policy is composed of various forms explaining the insurance coverage provided.  It may also include one or more endorsements.  Endorsements are documents that change the policy.  Endorsements may provide additional coverage to the policy.  Endorsements can also restrict or remove coverage provided in the policy.  THE POLICY SHOULD BE READ CAREFULLY TO DETERMINE WHAT IS AND WHAT IS NOT COVERED.

As the context may require, the words "you", "your", "Insured", and "the Insured" refer to the Named Insured shown on the Declarations Page.  The words "we", "us", "our", "Company", "the Company", and "this Company" refer to the Company providing this insurance.



ES 115 0106



**POLICYHOLDER NOTICE**

**FLORIDA**

**THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.**

**Policy No.** EAF777450-21



# AXIS PROPERTY FORM

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**DECLARATIONS** ....................................................................4
Named Insured ...................................................................4
Policy Term .......................................................................4
Premium ...........................................................................4
Policy Territory ..................................................................4
"Insured Location" .............................................................4
Coinsurance ......................................................................5
Limit of Liability .................................................................5
   Sub-Limits of Liability ...................................................5
Deductibles .......................................................................6
Application of Deductibles ...................................................7
Notice of Cancellation ........................................................7
Language ..........................................................................7
**PROPERTY DAMAGE COVERAGE** .................................8
Coverage ..........................................................................8
   Covered Property ...........................................................8
   Property Not Covered .....................................................9
Extensions of Coverage ....................................................10
   Accounts Receivable ....................................................10
   Debris Removal ...........................................................11
   Electronic Data  Processing Equipment Breakdown ...........11
   Electronic Data Processing Media" Breakdown................11
   Expediting Expense ......................................................11
   Fine Arts ....................................................................12
   Fire Department Service Charge .....................................12
   Limited Coverage For "Fungus", Wet Rot, Dry Rot And "Bacteria".....12
   Miscellaneous Unnamed Locations .................................12
   Newly Acquired Property ...............................................12
   Ordinance or Law ........................................................13
   Outdoor Property .........................................................15
   Pollutant Clean Up And Removal .....................................15
   Preservation Of Property ...............................................16
   Professional Fees ........................................................16
   Property Off-Premises ...................................................16
   Property in Transit .......................................................16
   Service Interruption .....................................................17
   Valuable Papers And Records (Other Than "Electronic Data")............18
**TIME ELEMENT COVERAGE** .....................................18
Coverage ........................................................................18
   Business Income .........................................................18
   Extra Expense ............................................................18
   Leasehold Interest .......................................................19
Time Element Extensions of Coverage .................................19
   Civil Authority .............................................................19
   Contingent Business Income ..........................................20
   Extended Period of Indemnity .........................................20
   Ingress or Egress ........................................................20
   Newly Acquired Property ...............................................20
   Service Interruption .....................................................20
Time Element Conditions ...................................................21
   Identity of Interests .....................................................21
   Resumption of Operations .............................................21
   Property in the Course of Construction .............................21
   Experience of the Business ............................................21
   Time Element Exclusions................................................22

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**COVERED CAUSES OF LOSS AND EXCLUSIONS**............................................**22**
    **Covered Causes Of Loss**...............................................................................**23**
    **Exclusions** .......................................................................................................**23**
    **Limitations** .......................................................................................................**27**
**GENERAL CONDITIONS** ............................................................................**29**
    **Cancellation Common Policy Condition**....................................................**29**
    **Other Common Policy Conditions**...............................................................**29**
    **Loss Conditions** .............................................................................................**30**
    **Additional Conditions** ...................................................................................**34**
    **Definitions**........................................................................................................**36**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**AXIS E&S Property Policy**

**DECLARATIONS**

**A.  Named Insured**

D'Amico Holding Company (See Named Insured Schedule - Endorsement A).

**B.  Policy Term**

In consideration of the premium, we insure the above Named Insured, from November 1, 2021 to November 1, 2022, 12:01 AM local standard time.

**C.  Premium**

The premium shown herein is the premium for the Policy Term and based on the values submitted at inception.  We will charge additional premium for values added after the inception date based on those values and the appropriate rates for the exposures added.  We may return premium for values sold after the inception date based upon the appropriate rates for exposures sold.
A minimum earned premium of 80% applies.

**D.  Policy Territory**
This policy covers loss or damage occurring in the 50 states of the United States of America and the District of Columbia and Puerto Rico.

**E.  "Insured Location"**
The coverages under this policy apply to an "insured location" unless otherwise provided.

An "insured location" is a "location" within the Policy Territory and:
1.  listed on the Schedule of Locations attached to this policy or listed on the latest schedule on file with us totaling a TIV of $13,176,347..
2.  covered under the terms and conditions of the Property Off-Premises coverage extension, or
3.  covered under the terms and conditions of the Miscellaneous Unnamed Locations coverage extension or
4.  covered under the terms and conditions of the Newly Acquired Property coverage extension

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**F.   Coinsurance**

| Building | NIL |
|---|---|
| Personal Property | NIL |
| Business Income | NIL |
| Rental Value | NIL |

**G.   Limit of Liability**

We shall not be liable for more than *US* $13,176,347 in any one "occurrence" regardless of the number of "locations" or coverages involved.

**Sub-Limits of Liability**
The sub-limits of liability as specified under this provision or any other part this policy or the endorsements attached hereto are part of and not in addition to the Limit of Liability.  These sub-limits do not increase the Limit of Liability or any other sub-limit.  We shall not be liable for more than the sub-limit specified.

When a sub-limit is shown as "in the aggregate", our maximum limit of liability will not exceed such limit during the term of the policy.

When a sub-limit applies to property that sub-limit also applies to any "time element" coverage associated with that property.

When a sub-limit is shown as No Coverage, it means that no coverage is provided for that aspect of the policy to which that sub-limit applies.

| Sub-limits of Liability: | | All are per "occurrence" (unless shown as in the aggregate) and are part of, not in addition to, the Limit of Liability. | |
|---|---|---|---|
| | PROPERTY DAMAGE COVERAGE Extensions of Coverage | | |
| **1.** | Accounts Receivable | $  500,000 | |
| **2.** | Debris Removal | 25% of the amount that we pay for direct physical loss or damage to the Covered Property, but not to exceed $5,000,000 | |
| **3.** | Electronic Data Processing Equipment Breakdown | Included | |
| **4.** | "Electronic Data Processing Media" Breakdown | Included | |
| **5.** | Expediting Expense | $  100,000 | |
| **6.** | Fine Arts | $  100,000 | |
| **7.** | Fire Department Service Charge | $  10,000 | |
| **8.** | Limited Coverage for "Fungus". Wet Rot, Dry Rot and "Bacteria" | $  10,000 | In the aggregate |
| **9.** | Miscellaneous Unnamed Locations | $  250,000 | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

| | | | | |
|---|---|---|---|---|
| 10. | Newly Acquired Property | $ | 250,000 | |
| 11. | Ordinance or Law – Coverage 2 and 3 combined | $ | 250,000 | |
| 12. | Outdoor Property | $ | 25,000 | |
| 13. | Pollutant Clean Up and Removal | $ | 50,000 | In the aggregate |
| 14. | Preservation of Property | $ | 250,000 | |
| 15. | Professional Fees | $ | 100,000 | |
| 16. | Property Off-Premises | $ | 100,000 | |
| 17. | Property in Transit | $ | 5,000 | |
| 18. | Service Interruption | $ | 1,000,000 | |
| 19. | Valuable Papers and Records | $ | 500,000 | |
| | | | | |
| | Time Element Coverage | | | |
| 1. | Business Income | | Per Statement of Values on File with the Company | |
| 2. | Extra Expense | $ | 250,000 | |
| 3. | Leasehold Interest | $ | 500,000 | |
| 4. | Rental Value | | Included Above | |
| | | | | |
| | Time Element Coverage Extensions of Coverage | | | |
| 1. | Civil Authority | | 30 Days (1 mile radius) | |
| 2. | Contingent Business Income | $ | 250,000 (scheduled dependent property) & $100,000 (unscheduled dependent property) | |
| 3. | Extended Period of Indemnity | | 180 Days | |
| 4. | Ingress or Egress | | 30 Days (1 mile radius) | |
| 5. | Newly Acquired Property | | Included with Property Damage | |
| 6. | Service Interruption | | Included with Property Damage | |

**H.  Deductibles**

All losses, damages, or expenses arising out of a single "occurrence" shall be adjusted separately and we will be liable only if you sustain a loss in a single "occurrence" greater than the applicable deductible specified below.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

| 1. | For each and every loss or damage to Covered Property to all "locations", except as specifically stated below or in endorsements attached to this policy. | $10,000 |
|---|---|---|
| 2. | For each and every loss or damage to Covered Property to golf carts except as specifically stated below or in endorsements attached to this policy. | $1,000 |
| 3. | Service Interruption – Time Element | 24 Hour Waiting Period |

### I.    Application of Deductibles

Except as may be more specifically otherwise stated in this policy, deductibles will be applied according to the following provisions.  For the purposes of applying these provisions, "specific type of coverage" shall mean those coverage(s) under Property Damage Coverage or any Time Element coverage and "specific type of property" shall mean a type of property (building or personal property) or as more specifically described in a deductible.

1. Stated percentage deductibles, dollar deductibles, time exclusion or Average Daily Value deductibles which are related to a specific type of coverage or a specific type of property shall be deducted separately with respect to each such coverage or property. If two or more separate deductible amounts apply to the same specific type of coverage or to the same specific type of property, the total to be deducted shall be the largest applicable deductible amount.

2. Deductibles which are not designated as applying to a specific type of coverage or a specific type of property are combined deductibles and shall be deducted from the total loss from all applicable coverages.

3. Except as otherwise stated in the policy, if loss arising out of one "occurrence" is subject to any combination of deductibles, then the amount to be deducted shall be the larger of the deductible amounts as provided for in 1. above, or the largest applicable combined deductible.

4. The deductible amount(s) as determined above shall be deducted from the total loss you suffer arising out of one "occurrence" regardless of the number of 'locations" involved, except as otherwise stated in the policy.

5. If a time deductible is designated, we will not be liable for any loss under that coverage that occurs during the specified time period immediately following the loss.

6. When the value of property insured is used in the calculation of a deductible, that value shall be determined according to the valuation provisions contained in this policy.

### J.    Notice of Cancellation
Thirty (45) days. Except ten (10) days nonpayment of premium

### K.    Language
Throughout this policy the words "you" and "your" refer to the Named Insured shown in the DECLARATIONS. The words "we", "us" and "our" refer to the Company providing this insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**PROPERTY DAMAGE COVERAGE**

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at an "insured location" caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this policy, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered.

  **a.** Building, meaning a building or structure at an "insured location", including:

    **(1)** Completed additions;

    **(2)** Fixtures, including outdoor fixtures;

    **(3)** Permanently installed:

      **a.** Machinery and

      **b.** Equipment;

    **(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

      **a.** Fire extinguishing equipment;

      **b.** Outdoor furniture;

      **c.** Floor coverings; and

      **d.** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

    **(5)** If not covered by other insurance:

      **a.** Additions under construction, alterations and repairs to the building or structure;

      **b.** Materials, equipment, supplies and temporary structures, on or within 100 feet of an "insured location", used for making additions, alterations or repairs to the building or structure.

  **b.** Your Business Personal Property located in or on a building at an "insured location" or in the open (or in a vehicle) within 100 feet of an "insured location", consisting of the following:

    **(1)** Furniture and fixtures;

    **(2)** Machinery and equipment

    **(3)** "Stock"

    **(4)** All other personal property owned by you and used in your business;

    **(5)** Labor, materials or services furnished or arranged by you on personal property of others;

    **(6)** Your use interest as a tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

      **a.** Made a part of the building or structure you occupy but do not own; and

      **b.** You acquired or made at your expense but cannot legally remove;

    **(7.)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

  **c.** Personal Property of Others that is:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **(1)** In your care, custody or control; and

    **(2)** Located in or on a building at an "insured location" or in the open (or in a vehicle) within 100 feet of an "insured location".

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Unless provided in the extensions of coverage, Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, "money", notes or "securities" or any other documents having a negotiable or market value. Lottery tickets held for sale are not "securities";

**b.** Animals,

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems.

**o.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from "insured locations".

This paragraph does not apply to:

Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

Vehicles or self-propelled machines other than autos, you hold for sale;

Rowboats or canoes out of water at "insured locations"; or

Trailers.

**p.** The following property while outside of buildings:

    **(1)** Grain, hay, straw or other crops;

    **(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants).

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**B. Extensions of Coverage**

This policy includes the following extensions of coverage. These extensions of coverage will not increase the Limit of Liability of this policy and are subject to the applicable sub-limit and policy provisions, including applicable exclusions and deductibles.

**1. Accounts Receivable**

This policy, subject to the following provisions, is extended to cover the following loss when such loss is caused by direct physical damage from Covered Cause of Loss to accounts receivable records at an "insured location".

  **a.** Type of Loss Covered

    **(1)** All sums due you from customers, provided you are unable to effect collection thereof as the direct result of loss of or damage to records of accounts receivable;

    **(2)** Interest charges on any loan to offset impaired collections pending repayment of such sums made uncollectible by such loss or damage

    **(3)** Collection expense in excess of "normal" collection cost and made necessary because of such loss or damage;

    **(4)** Other expenses, when reasonably incurred by you in re-establishing records of accounts receivable following such loss or damage:

  **b.** Additional Exclusions - This extension does not insure against loss:

    **(1)** due to bookkeeping, accounting or billing errors or omissions;

    **(2)** which requires an audit of records or an inventory computation to prove its factual existence; but this shall not preclude the use of such procedures in support of claim for loss which you can prove, through evidence wholly apart therefrom, is due solely to a risk of loss to records of accounts receivable not otherwise excluded hereunder;

    **(3)** due to alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property but only to the extent of such wrongful giving, taking, obtaining or withholding.

  **c.** Conditions -

    **(1)** We shall be permitted to inspect the premises and the receptacles in which the records of accounts receivable are kept by you, and to examine and audit your books and records at any time during the policy period and any extension thereof and within three (3) years after the final termination of this policy, as far as they relate to the premium bases or the subject matter of this extension, and to verify the statements of any outstanding record of accounts receivable submitted by you and the amount of recoveries of accounts receivable on which we have made any settlement.

    **(2)** After payment of loss, all amounts recovered by you on accounts receivable for which you have been indemnified shall belong and be paid to us by you up to the total amount of loss paid by us; but all recoveries in excess of such amounts shall belong to you.

    **(3)** When there is proof that a loss covered by this extension has occurred but you cannot accurately establish the total amount of accounts receivable outstanding as of the date of such loss, such amount shall be based on your monthly statements and shall be computed as follows:

      **a.** determine the amount of all outstanding accounts receivable at the end of the same fiscal month in the year immediately preceding the year in which the loss occurs;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **b.**  calculate the percentage of increase or decrease in the average monthly total of accounts receivable for the twelve (12) months immediately preceding the month in which the loss occurs, or such part thereof for which you have furnished monthly statements to us, as compared with such average for the same months of the preceding year;

    **c.**  the amount determined under a. above, increased or decreased by the percentage calculated under b. above, shall be the agreed total amount of accounts receivable as of the last day of the fiscal month in which said loss occurs;

    **d.**  the amount determined under c. above shall be increased or decreased in conformity with the ""normal" fluctuations in the amount of accounts receivable during the fiscal month involved, due consideration being given to the experience of the business since the last day of the last fiscal month for which statement has been rendered.

  **d.**  Deductions:

    There shall be deducted from the total amount of accounts receivable, however established, the amount of such accounts evidenced by records not lost or damaged, or otherwise established or collected by you, and an amount to allow for probable bad debts which would normally have been uncollectible by you. All unearned interest and service charges shall be deducted.

**2. Debris Removal**

  **a.**  This policy is extended to cover your expense to remove debris of Covered Property at an "insured location" caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

  **b.**  Debris Removal does not apply to costs to:

    **(1)**  Extract "pollutants" from land or water; or

    **(2)**  remove, restore or replace polluted land or water.

**3.**  **Electronic Data  Processing Equipment Breakdown**

  This policy is extended to cover direct physical loss or damage to covered electronic data processing equipment and component parts thereof while at an "insured location" and owned, leased or rented by you, or under your control and used by you to process information at "insured locations"; and  which is caused by:

  **a.**  Mechanical breakdown or machinery breakdown;

  **b.**  Short circuit, blowout, or other electrical damage to electrical equipment, apparatus or devices, including wiring.

**4.**  **"Electronic Data Processing Media" Breakdown**

  This policy is extended to cover insured direct physical loss or damage to "electronic data processing media" that is:

  **a.**  at an "insured location",

  **b.**  used in your operations to process and store information at an "insured location"; and

  **c.**  caused by:  Mechanical breakdown or machinery breakdown; short circuit, blowout, or other electrical damage to electrical equipment, apparatus, or devices, including wiring.

**5.**  **Expediting Expense**

  This policy is extended to cover, the reasonable and necessary extra costs of temporary repair of direct physical loss or damage by a Covered Cause of Loss to Covered Property at an "insured location" and the extra costs of expediting the permanent repairs or permanent replacement of such damaged property, whichever is

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

less.  In no event shall these expediting expenses include expenses recoverable elsewhere in this policy or the cost of permanent repair or replacement of the damaged property.

### 6. Fine Arts

This policy is extended to cover direct physical loss of or damage to your "fine arts" and "fine arts" of others that are in your care custody or control from any of the Covered Causes of Loss, provided that the "fine arts" are at an "insured location."

You agree that "fine arts" will be packed and unpacked by competent packers.

### 7. Fire Department Service Charge

When the fire department is called to save or protect Covered Property at an "insured location" from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

    **a.** Assumed by contract or agreement prior to loss; or

    **b.** Required by local ordinance.

### 8. Limited Coverage For "Fungus", Wet Rot, Dry Rot And "Bacteria"

    **a.** This policy is extended to cover loss or damage to Covered Property directly caused by or resulting from "fungus", wet or dry rot, or "bacteria" if such "fungus", wet or dry rot, or "bacteria" is directly caused by or results from insured direct physical loss or damage.

    **b.** As applied to this limited coverage for loss or damage by "fungus", wet or dry rot, and "bacteria", "loss or damage" means:

        **(1)** Direct physical loss or damages to Covered Property by "fungus", wet or dry rot or "bacteria", including the cost of removal of the "fungus", wet or dry rot or "bacteria";

        **(2)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or "bacteria"; and

        **(3)** The cost of testing performed after removal, repair, replacement or restoration of       the damaged property is completed, provided there is reason to believe that "fungus", wet or dry rot or "bacteria" are present.

    **c.** The sub-limit for this extension of coverage is an annual aggregate and applies regardless of the number or type of coverages that may apply, the number of "locations" to which this extension of coverage applies, or regardless of the number or type of "fungus", wet or dry rot, or "bacteria" that caused the loss or damage.  With respect to a particular "occurrence" of loss which results in "fungus", wet or dry rot or "bacteria", we will not pay more than the sub-limit stated for this coverage in the DECLARATIONS even if the "fungus", wet or dry rot or "bacteria" continues to be present or active, or recurs, in a later policy period

### 9. Miscellaneous Unnamed Locations

This policy is extended to cover your property, of the type we cover in this policy, which is at a "location" within the Policy Territory, in which you had an insurable interest prior to the inception date of this policy and which is:

    a. not on the Schedule of Locations attached to this policy or listed on the latest schedule on file with us , or

    b. listed on the Schedule of Locations attached to this policy or the latest schedule on file with us but for which you have not submitted values and

    **c.** not covered under any other extension of coverage under of this policy.

### 10. Newly Acquired Property

    **a.** This policy is extended to apply to property that you acquire after the inception date of this policy provided that the property:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **(1)** is of the type we cover in this policy and

    **(2)** is at a "location" within the Policy Territory.

  **b.** No coverage is provided under this provision for property at fairs or exhibitions.

  **c.** Insurance under this Extension for each newly acquired "location" will end when any of the following first occurs:

    **(1)** 30 days expire after you acquire or begin to construct the property; or

    **(2)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**11. Ordinance or Law**

  **a.** This policy is extended to provide the following coverage:

    **(1)** Coverage For Loss To The Undamaged Portion Of The Building

With respect to the building at an "insured location" that has sustained covered direct physical damage, we will pay for the loss in value of the undamaged portion of the building, subject to the same basis of recovery which applies to the damaged portion of such building, as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.  The amount paid shall not include any greater cost of repair, replacement, construction or reconstruction due to the enforcement of any law or ordinance;

    **(2)** Demolition Cost Coverage

With respect to the building at an "insured location" that has sustained covered direct physical damage, we will pay the cost to demolish the building and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

Coinsurance does not apply to this coverage.

    **(3)** Increased Cost Of Construction Coverage

      **a.** With respect to the building at an "insured location" that has sustained covered direct physical damage, if the basis of recovery is "repair or replacement cost", we will pay the increased cost, excess of (2) above to:

      **(1).** Repair or reconstruct damaged portions of that building; and/or

      **(2).** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

      **(3).** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

      **(4).** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

    **b.** When a building is damaged or destroyed and coverage under this Increased Cost of Construction provision applies, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in this Increased Cost of Construction provision,:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

(1). The cost of excavations, grading, backfilling and filling;

(2). Foundation of the building;

(3). Pilings; and

(4). Underground pipes, flues and drains.

The items listed in b.(1) through b.(4) above are deleted from Property Not Covered, but only with respect to the coverage described in this Increased Cost of Construction provision.

Coinsurance does not apply to this coverage.

**b.** The coverage in a .above applies only:

(1) if the ordinance or law regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the "insured location" and is in force at the time of loss.

(2) in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this policy.

(3) If the building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law described above

**c.** If the building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law described in b.(1) above, we will not pay the full amount of loss otherwise payable under the terms of this Ordinance or Law provision. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law described in b.(1) above, then we will pay the full amount of loss otherwise payable under the terms of this Ordinance or Law provision.

If the building sustains direct physical damage that is not covered, and such damage is the only subject of the ordinance or law, then there is no coverage under this extension of coverage even if the building has also sustained covered direct physical damage.

**d.** Under this policy we will not pay for loss due to any ordinance or law that:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply with.

**e.** Subject to the Sub-Limit of Liability for this Ordinance or Law Provision:

(1) For the coverage provided in a.(2) above, we will not pay more than the amount you actually spend to demolish and clear the site of the "insured location".

(2) With respect to the coverage provided in a.(3) above:

**a.** We will not pay for the increased cost of construction:

i. Until the property is actually repaired or replaced, at the same or another premises; and

ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **b.**  If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

  **f.**  If a building, group of buildings or a "location"" is subject to a sub-limit, then any coverage under this extension of coverage for that unit of insurance is part of, and not in addition to, that sub-limit.

  **g.**  We will not pay under this provision for:

    **(1)**  Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    **(2)**  The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**12. Outdoor Property**

Provided that such property is at an "insured location" or within 100 feet of an "insured location", this policy is extended to cover your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

  **a.**  Fire;

  **b.**  Lightning;

  **c.**  Explosion;

  **d.**  Riot or Civil Commotion; or

  **e.**  Aircraft.

**13. Pollutant Clean Up And Removal**

  **a.**  This policy is extended to cover your expense to extract "pollutants" from land or water at an "insured location" if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

  **b.**  This extension does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

  **c.**  The sub-limit for this extension is the most we will pay for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**14. Preservation Of Property**

If it is necessary to move Covered Property from an "insured location" to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**a.** While it is being moved or while temporarily stored at another "location" provided that such property is within the Policy Territory; and

**b.** Only if the loss or damage occurs within 30 days after the property is first moved.

**15. Professional Fees**

This policy is extended to cover expenses incurred by you or your representatives including auditors, accountants, appraisers, architects, engineers or other such professionals for producing and certifying particulars or details of your business required by us in order to arrive at the loss payable under this policy in event of a claim. However, no coverage shall apply to expenses incurred for the services of public adjusters or attorneys; insurance agents or brokers or loss appraisers nor for services of your employees unless agreed to by us prior to the use of their services.

**16. Property Off-Premises**

**a.** You may extend the insurance provided by this policy to apply to your Covered Property while it is away from an "insured location", if it is within the Policy Territory and:

**(1)** Temporarily at a "location" you do not own, lease or operate; or

**(2)** At any fair, trade show or exhibition.

**b.** This extension does not apply to property:

**(1)** In or on a vehicle; or

**(2)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**17. Property in Transit**

a. This policy is extended to cover your personal property, including your interest in and your liability for personal property of others while in your custody, while such property is in due course of transit within the United States.

b. This extension does not insure against loss or damage to:

(1) the conveyance used as the mode of transportation (including any part of equipment thereof) or containers;

(2) property insured under any marine import or export policy;

(3) property shipped by mail or parcel post from the time it passes into the custody of the Postal Service;

(4) property while waterborne except while on navigable inland waters of the United States;

(5) samples of "merchandise" while in the care, custody or control of your salesmen or sales representatives.

c. This extension does not insure against loss:

(1) with respect to vehicles operated by you, by theft from a vehicle while unattended unless the portion of the vehicle containing the insured property is of entirely closed construction and, at the time of loss, the doors of which shall have been securely locked and the windows of which shall have been firmly closed, and the loss is a direct result of forcible entry of which there shall be visible evidence;

(2) due to any fraudulent, dishonest or criminal act or omission by you or a partner of yours; or by theft by any of your employees, while working or otherwise, or by any person to whom the property is entrusted, but this exclusion does not apply to property in the custody of a carrier for hire;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## Policy No. EAF777450-21

    **(3)** resulting from interruption of business, delay, loss of market or use, or indirect or consequential loss of any kind;

    **(4)** caused directly or indirectly by seizure or destruction under quarantine or customs regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade

**d.**  Benefit to Bailee

This extension shall not inure directly or indirectly to the benefit of any carrier or other bailee.

**e.**  As respects this extension, all subrogation provisions of this policy are superseded by the following:

    **(1)** Any act or agreement by you before or after loss whereby your rights to recover in whole or in part for loss to property against any carrier for hire, bailee, or other party liable therefor, is released, impaired or lost, shall render this insurance null and void, but our right to retain or recover the premium shall not be affected.  You, however, may, without prejudice to this insurance, accept the ordinary limited liability form receipts or bills of lading issued by carriers for hire.  We are not liable for any loss which you settle or compromise without our written consent

    **(2)** Upon payment of any loss or advancement or loan of money concerning the same, you will, at our request and expense and through such counsel as we may designate, make claim upon and institute legal proceedings against any carrier, bailee or other parties believed to be liable for such loss, and will use all proper and reasonable means to recover the same.

**f.**  General Average and Salvage

This extension covers general average and salvage charges on property covered by this extension while waterborne.

**g.**  Attachment of Liability

Coverage provided by this extension attaches from the time the property leaves the initial point of shipment until same is delivered at destination.  This insurance covers only such shipments, the transportation of which begins within the term of this policy, even though said transportation is not completed within such time and loss or damage may occur after the end of such time.

**h.**  Export and Import Shipments

Coverage provided by this extension shall apply to export shipments only until 'on board' bills of lading are issued or coverage under ocean marine policy attaches.  This extension shall also cover import shipments, but only after coverage on such shipments under ocean marine policies has ceased, or, if not insured under ocean marine policies, after discharge from overseas vessel.

**i.**  F.O.B. Shipments

Coverage provided by this extension shall apply to your contingent interest in shipments of property sold F.O.B. (free on board) point of shipment or otherwise, provided that any loss recoverable under this extension to such property is not collectible from any other insurance.

**j.**  Fraudulent Bills of Lading

Coverage provided by this extension shall also apply to loss of "merchandise" occasioned by the unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts.

**k.**  Backhaul Exclusion

This extension does not insure against loss or damage to personal property of others while in your custody if such property is being transported by you in or on vehicles owned, operated, leased or otherwise contracted by you when you are acting as a common or contract carrier.

**18. Service Interruption**

  **a.**  This policy is extended to pay for loss of or damage to Covered Property at an "insured location", caused by an interruption in utility service to an "insured

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

location". The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to "utility services" located off an "insured location"

   **b.** Coverage under this extension for loss or damage to Covered Property does not apply to loss or damage to "electronic data" or "electronic computer programs", including destruction or corruption of "electronic data" or "electronic computer programs".

**19. Valuable Papers And Records (Other Than "Electronic Data")**

   a. Coverage for Your Business Personal Property under this policy is extended to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this extension does not apply to valuable papers and records which exist as "electronic data" or "electronic computer programs".

   b. Under this extension we will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records.

.

## TIME ELEMENT COVERAGE

**A. Coverage**

This policy includes the following coverage.  The coverage will not increase the Limit of Liability of this policy and is subject to the applicable sub-limit and the policy provisions, including applicable exclusions and deductibles.

**1. Business Income**

   **a.** We will pay for your actual loss sustained of "business income" due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to Covered Property at an "insured location". The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, "insured location" includes the area within 100 feet of the "insured location".

   **b.** With respect to the requirements set forth in the preceding paragraph, if you occupy only a part of a site an "insured location" means:

      **(1)** The portion of the building which you rent, lease or occupy; and

      **(2)** Any area within the building or on the site  , if that area services, or is used to gain access to, the "insured location"

**2. Extra Expense**

   **a.** We will pay "extra expense" (other than the expense to repair or replace property) to:

      **(1)** Avoid or minimize the "suspension" of business and to continue operations at an "insured location" or at replacement premises or temporary "locations", including relocation expenses and costs to equip and operate the replacement "location" or temporary "location".

      **(2)** Minimize the "suspension" of business if you cannot continue "operations" following direct, physical loss or damage to Covered Property at an "insured location" that is caused by or results from a Covered Cause of Loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **b.**   We will also pay "extra expense" to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this policy.

  3.  **Leasehold Interest**
    a.  This policy covers the following expenses if directly caused by insured direct physical loss or damage to covered buildings from a Covered Cause of Loss if the building is leased by you and located at an "insured location".

       **(1)**  The actual rent which remains payable for the unexpired term of the "lease" if such property becomes wholly untenable or unusable and the lease agreement requires continuation of the rent payment; or

       **(2)**  the proportion of the actual rent which remains payable for the unexpired term of the "lease" if such property becomes partially untenable or unusable and the lease agreement requires continuation of the rent payment; or

       **(3)**  The "leasehold interest" for the first three (3) months following loss or damage and the "net leasehold interest" for the remaining unexpired term of the lease if the lease is canceled by the lessor pursuant to the lease agreement or by the operation of law.

    **b.**  This coverage does not insure against any loss or expense resulting from:

       **(1)**  The suspension, lapse, or cancellation of any license;  or

       **(2)**  Your exercising an option to cancel the "lease";  or

       **(3)**  Any act or omission by you which constitutes a default under the "lease".

    **c.**  It is a condition of this coverage that you shall use any suitable property or service owned or controlled by you or obtainable from another source to reduce the amount of loss hereunder.
    **d.**  This policy does not provide this coverage for more than the number of consecutive days shown in the Sub-Limits of Liability section of the Declarations, nor more than the dollar limit of liability shown in the same section.
  4.  **Rental Value**
    We will pay for the actual loss of "rental value" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration" caused by direct physical loss of or damage to Covered Property at an "insured location." The loss or damage must be caused by or result from Covered Cause of Loss.

**B.**  **Time Element Extensions of Coverage**
    This policy includes the following extensions of coverage.  These extensions of coverage will not increase the Limit of Liability of this policy and are subject to the applicable sub-limit and policy provisions, including applicable exclusions and deductibles.

  1.  **Civil Authority**

    This policy is extended to cover, for up to the greater of  fourteen (14) days or the number of days stated in the Sub-Limit of Liability section of the Declarations, the actual loss of "business income" you sustain and necessary "extra expense" caused by action of civil authority that prohibits access to an "insured location" due to direct physical loss of or damage to property of the type covered, within one statute mile of that "insured location", caused by or resulting from any Covered Cause of Loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

2. **Contingent Business Income**

This policy is extended to cover the actual loss of "business income" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to "contingent property" located within the Policy Territory caused by or resulting from a Covered Cause of Loss.

3. **Extended Period of Indemnity**

If the necessary "suspension" of your "operations" produces a loss payable under Business Income  or Rental Value coverage, this policy is extended to pay for the actual loss of "business income" or "rental value" you incur during the period that:

a. Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

b. Ends on the earlier of:

(1) The date you could restore your "operations" or tenant occupancy, with reasonable speed, to the level which would generate the "business income" or "rental value" amount that would have existed if no direct physical loss or damage had occurred; or

(2) 30 consecutive days after the date determined in a. above.

This extension does not apply to loss of "business income" or "rental value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area of the "insured location".

Loss of "business income" or "rental value" must be caused by direct physical loss or damage at an "insured location" caused by or resulting from any Covered Cause of Loss.

4. **Ingress or Egress**

This policy is extended to cover, for up to the greater of fourteen (14) days or the  number of days stated in the Sub-Limit of Liability section of the Declarations, the actual loss of "business income" you sustain due to the necessary "suspension" of your "operations" during the period of time when, as a direct result of direct physical damage caused by a Covered Cause of Loss to property of the type covered at an "insured location" or within one statute mile of an "insured location", ingress to or egress from an "insured location" is thereby physically prevented.

5. **Newly Acquired Property**

a. Your Business Income and Extra Expense Coverages are extended to apply to property at any "location" within the Policy Territory that you acquire other than fairs or exhibitions.

b. Insurance under this Extension for each newly acquired "location" will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

6. **Service Interruption**

a. Your Business Income and Extra Expense coverage are extended to apply to a "suspension" of "operations" at an "insured location" caused by an interruption in utility service to that "insured location". The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to "utility services" located off the "insured location" but with 1,500 feet of that "insured location."

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **b.** Coverage under this extension for loss or damage to Covered Property does not apply to loss or damage to "electronic data" or "electronic computer programs", including destruction or corruption of "electronic data" or "electronic computer programs".

**C. Time Element Conditions**

The following conditions apply to any "time element" coverage that may be included in this policy.

    **1. Identity of Interests**

    If you are comprised of more than one legal entity, liability shall not exceed the amount of loss had all interests comprised a single legal entity.

    **2. Resumption of Operations**

    It is a condition of this insurance that if you could reduce "time element" loss:

    **a.** by complete or partial resumption of operation of business, whether at the damaged premises or elsewhere; or

    **b.** by making use of any "stock" at your "location(s)" , or elsewhere; or

    **c.** by making use of any other available source of materials or services: or

    **d.** by making use of any other available outlet for product(s) or service(s)

    such reduction shall be taken into account in arriving at the amount of loss.

    If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

    If Extra Expense coverage is provided, you shall resume ""normal" operation of the business and dispense with "extra expense" as soon as practicable.

    **3. Property in the Course of Construction**

    The amount of "time element" loss resulting from physical damage to Covered Property in the course of construction which delays your commencement of "operations" shall be calculated by applying the length of time, determined as otherwise provided herein, to the level of "operations" or production that would have been reasonably achieved after construction and start-up would have been completed had no physical damage occurred.

    **4. Experience of the Business**

    The amount of "time element" loss as insured against by this policy shall be determined based on:

    **a.** experience of the business before the loss

    **b.** the probable experience thereafter had no loss occurred, Such probable experience shall not include any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses

    **c.** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

    **d.** Other relevant sources of information, including:

        **(1)** Your financial records and accounting procedures;

        **(2)** Bills, invoices and other vouchers; and

        **(3)** Deeds, liens or contracts.

If Extra Expense coverage is provided by this policy, such loss shall be determined based on:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

   **a.**  All expenses that exceed the "normal" operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

      **(1)**  The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

      **(2)**  Any "extra expense" that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

   **b.**  Necessary expenses that reduce the loss under the Business Income coverage part that otherwise would have been incurred.

**5.**  **Time Element Exclusions**

Except as provided in the Time Element Extension of Coverage, we will not pay for "time element" coverage for:

   **a.**  Any loss caused directly or indirectly by the failure of power or other utility service supplied to an "insured location", however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

   **b.**  Any loss caused by or resulting from:

      **(1)**  Damage or destruction of "finished stock"; or

      **(2)**  The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense coverage.

   **c.**  Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

   **d.**  Any increase of loss caused by or resulting from:

      **(1)**  Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      **(2)**  Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your "business income" during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Period of Indemnity extension of coverage. .

   **e.**  Any "extra expense" caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

   **f.**  Loss for any period during which business would not or could not have been conducted for any reason other than direct physical damage of the type insured against.

   **g.**  Any other consequential loss

**COVERED CAUSES OF LOSS AND EXCLUSIONS**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**A. Covered Causes of Loss**

Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations.

**B. Exclusions**

**1. Except as may be provided as an extension of coverage,** we will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance or Law**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** all earth movement (whether occurring naturally or not) including, but not limited to, earthquake, landslide, subsidence and volcanic eruption.

**(2)** collapse, cracking, shrinking, bulging, expansion, shifting, rising, settling, sinking, lateral or other movement, or other kinds of loss or damage to property which would not have occurred but for an event as described in 1. above.

**(3)** tsunami

If fire is Covered Cause of Loss, this exclusion shall not apply to loss or damage from fire resulting from 1. through 3. above.

If explosion is Covered Cause of Loss, this exclusion shall not apply to loss or damage from explosion resulting from 1. through 3. above.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**d. Nuclear, Chemical and Biological**

**(1)** Nuclear detonation, reaction, nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this policy, however such nuclear detonation, reaction, nuclear radiation or radioactive contamination may have been caused. This exclusion replaces any other nuclear detonation, nuclear reaction, nuclear radiation or radioactive contamination exclusions found elsewhere in this policy

**(2)** The dispersal, application or release of, or exposure to, chemical or biological materials or agents that are harmful to property or human health, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage insured against by this policy, however such dispersal, application, release or exposure may have been caused.

**e. Utility Services**

The failure of power or other utility service supplied to an "insured location", however caused, if the failure occurs away from the "insured location". Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Flood**

**(1)** Flood, storm surge, surface water, mudslide or mud flow, waves, tidal water or tidal waves, overflow of streams, lakes, reservoirs, canals, drainage ditches, retention ponds or other bodies of water, or spray from any of the foregoing, all whether driven by wind or not (all whether or not naturally occurring),

**(2)** Water that backs up or overflows from a sewer, drain or sump;

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

    **a.** Foundations, walls, floors or paved surfaces;

    **b.** Basements, whether paved or not; or

    **c.** Doors, windows or other openings, or

**(4)** Damage to, destruction, failure, or overflowing of levees, dams, dikes, floodgates and other similar works.

**(5)** Tsunami

If fire is Covered Cause of Loss, this exclusion shall not apply to loss or damage from fire resulting from 1. through 5. above.

If explosion is Covered Cause of Loss, this exclusion shall not apply to loss or damage from explosion resulting from 1. through 5. above

AXIS Primary Form 0507                    24 of 41

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Policy No. EAF777450-21

2. ."Fungus", Wet Rot, Dry Rot And "Bacteria"

This policy does not cover:

a. "Fungus", wet or dry rot, or "bacteria"

b. Loss or damage caused directly or indirectly by "fungus", wet or dry rot, or "bacteria";

c. The costs associated with the enforcement of any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "fungus", wet or dry rot, or "bacteria"; or

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

3. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d.(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in 3.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

  **h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    **(1)** Acting alone or in collusion with others; or

    **(2)** Whether or not occurring during the hours of employment.

    This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

  **i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property, if induced to do so by any fraudulent scheme, trick, device or false pretense.

  **j.** Rain, snow, ice or sleet to personal property in the open.

  **k.** Collapse. But if collapse results in a Covered Cause of Loss at an "insured location", we will pay for the loss or damage caused by that Covered Cause of Loss.

  **l.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**4.** We will not pay for loss or damage caused by or resulting from any of the following, **4.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

  **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1. or 2.** above to produce the loss or damage.

  **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

  **c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

    of part or all of any property on or off an "insured location".

**5.** **Electronic Exclusion**

  This policy does not insure against loss or damage to, or any cost, claim or expense directly or indirectly arising out of or relating to, any of the following, regardless of any other cause or event contributing concurrently or in any other sequence to the loss, damage, claim or expense:

  **a.** "data", "electronic data", "programs", or "electronic computer programs",

  **b.** failure of, interruption of, loss of use of, loss of access to, or reduction or alteration in the accuracy, functionality, availability, or operation of "data", "electronic data", "programs", or "electronic computer programs",

  **c.** any instruction, including but not limited to any "computer virus", introduced into, or caused to act upon "computer operations",

  **d.** errors in configuring "computer operations",

  **e.** failure of, interruption of, loss of use of, loss of access to, or reduction or alteration in the accuracy, functionality, availability, or operation of "computer operations".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Policy No. EAF777450-21

Notwithstanding anything in the above to the contrary, and subject to the other terms and conditions of this policy not in conflict herewith, this policy insures against direct physical loss or damage caused by a Covered Cause of Loss to insured computer hardware and "electronic data processing media".

**6. Pollution Exclusion**

This policy does not cover any of the following.

**a.** Loss or damage caused by, resulting from, contributed to or made worse by actual, alleged or threatened release, discharge, escape or dispersal of "pollutants", however caused;

**b.** The expense or cost to extract or remove "pollutants" from debris;

**c.** The expense or cost to extract or remove "pollutants" from land or water;

**d.** The expense or cost to extract or remove, restore or replace contaminated or polluted land or water;

**e.** The costs associated with the enforcement or any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants";

**f.** Any cost to transport any property or debris to a site for storage or decontamination required because the property is infected by "pollutants", whether or not such removal, transport or decontamination is required by law, regulation or any authority governing such matters;

**g.** Any cost to store or otherwise dispose of any property because "pollutants" infect the property; or

**h.** Any expense for the investigation or defense of any loss, damage or any cost, loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

**7. Materials Exclusion**

This policy does not cover loss or damage caused directly or indirectly by any of the following:

**a.** Removal of asbestos, dioxin, and polychlorinated biphenols  from any goods, products, structures or debris;

**b.** Demolition, increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating such asbestos, dioxin, and polychlorinated biphenols  ;

**c.** Any governmental direction or request declaring that such asbestos, dioxin, and polychlorinated biphenols  present in or part of or utilized in any undamaged portion of your property can no longer be used for the purpose for which it was intended or installed and must be removed or modified; or

**d.** .Any expense for the investigation or defense of any loss, damage or any cost, loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

**8.  Fines or Penalties**

This policy will not pay any costs, expenses, fines or penalties incurred or sustained by or imposed on you at the order of any government agency, court or other authority arising from any cause whatsoever.

**C.  Limitations**

The following limitations apply to the policy and all endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    **d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

        However, this limitation does not apply to:

        **(1)** Building materials and supplies held for sale by you, unless they are insured under a Builders Risk Coverage Form; or

        **(2)** Business Income coverage or Extra Expense coverage.

    **e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    **f.** Property that has been transferred to a person or to a place outside the "insured location" on the basis of unauthorized instructions.

  **2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    **a.** Animals, and then only if they are killed or their destruction is made necessary.

    **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

        **(1)** Glass; or

        **(2)** Containers of property held for sale.

    **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

        However, this limitation does not apply:

        **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

        **(2)** To Business Income coverage or to Extra Expense coverage.

  **3.** The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one "occurrence" of theft, regardless of the types or number of articles that are lost or damaged in that "occurrence". The special limits are:

    **a.** $2,500 for furs, fur garments and garments trimmed with fur.

    **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    **c.** $2,500 for patterns, dies, molds and forms.

    **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

    **a.** Results in discharge of any substance from an automatic fire protection system; or

    **b.** Is directly caused by freezing.

### GENERAL CONDITIONS

**A. Cancellation Common Policy Condition**

**1.** The first Named Insured shown in the DECLARATIONS may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Other Common Policy Conditions**

**1. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the DECLARATIONS is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**2. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**3. Inspections and Surveys**

    **a.** We have the right to:

       **(1)** Make inspections and surveys at any time;

       **(2)** Give you reports on the conditions we find; and

       **(3)** Recommend changes.

    **b.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

       **(1)** Are safe or healthful; or

       **(2)** Comply with laws, regulations, codes or standards.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **c.** Paragraphs **a.** and **b.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations. .

**4. Premiums**

The first Named Insured shown in the DECLARATIONS:

    **a.** Is responsible for the payment of all premiums; and

    **b.** Will be the payee for any return premiums we pay.

**5. Transfer of Your Rights and Duties under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**C. Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the values of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss or Damage**

    **a.** You must see that the following are done in the event of loss or damage to Covered Property:

        **(1)** Notify the police if a law may have been broken.

        **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

        **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

        **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

        **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

        **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

        Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Policy No. EAF777450-21

   **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request.

   **(8)** Cooperate with us in the investigation or settlement of the claim.

   **(9)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Insurance under Two or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**5. Loss Payment**

**a.** In the event of loss or damage covered by this policy, at our option, we will either:

   **(1)** Pay the value of lost or damaged property;

   **(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

   **(3)** Take all or any part of the property at an agreed or appraised value; or

   **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this policy or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**e.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**f.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this policy and:

   **(1)** We have reached agreement with you on the amount of loss; or

   **(2)** An appraisal award has been made.

**6. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this policy. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable limit or sub-limit under this policy bears to the limits of insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in **a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable limit or sub-limit.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**7. Underlying Insurance**

Permission is granted to you to purchase insurance on all or any part of the deductibles of this policy and the existence of such underlying insurance shall not prejudice any recovery otherwise payable under this policy.

**8. Excess Insurance**

Excess insurance is insurance over the limit of liability set forth in this Policy. The existence of such excess insurance shall not prejudice the coverage provided under this Policy nor will it reduce any liability hereunder.

**9. Salvage and Recovery**

When, in connection with any loss hereunder, any salvage or recovery is received subsequent

to the payment of such loss, the loss shall be figured on the basis on which it would have been

settled had the amount of salvage or recovery been known at the time the loss was originally determined. Any amount thus found to be due either party from the other shall be paid promptly.

The expense of all proceedings necessary to such recoveries shall be apportioned between the interests concerned in the ratio of their respective recoveries as finally settled. If there should be no recovery and proceedings are conducted solely by us, we will pay the expense of the proceeding.

**10. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Liability or applicable sub-limit, whichever is smaller.

**11. Vacancy**

   **a. Description of Terms**

     **(1)** As used in this Vacancy Condition, the term building has the meanings set forth in **(1)(a)** and **(1)(b)** below:

       **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

       **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is "vacant" or "unoccupied" when 70% or more of its total square footage is "vacant" or "unoccupied".

     **(2)** Buildings under construction or renovation are not considered "vacant" or "unoccupied".

   **b. Vacancy Provisions**

     We will not pay for any loss or damage if the building where loss or damage occurs has been "vacant" or "unoccupied" for more than:

     **(1)** 30 consecutive days before that loss or damage if caused by Vandalism (if it is a Covered Cause of Loss); or

     **(2)** 60 consecutive days before that loss or damage if caused by any other Covered Cause of Loss:

     whether or not such vacancy or unoccupancy begins before the inception of this policy.

     But we will pay if the building is "unoccupied" due to circumstances that are usual or incidental to the described occupancy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

12. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At the "repair or replacement cost" as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**c.** Glass at the cost of replacement with safety glazing material if required by law.

**d.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this calculation.

**(3)** Nothing if others pay for repairs or replacement.

**e.** "Electronic data processing media": the cost of the blank "electronic data processing media" plus the cost of copying the "electronic data" or "electronic computer programs" from back-up or from originals of the previous generation, even though "electronic data" and "electronic computer programs" are not covered by this policy. These costs will not include research and engineering or any costs of restoring, gathering, assembling or recreating such "electronic data" or "electronic computer programs". Nor does this policy insure any amount pertaining to the value of such "electronic data" or "electronic computer programs" to you or any other party, even if such "electronic data" or "electronic computer programs' cannot be restored, recreated, gathered or assembled.

In no event shall the value include any additional cost directly or indirectly associated with the enforcement of any law or ordinance regulating the storage, processing, collection, transmission, recording, management, privacy or protection of "media", "electronic data processing media", "data", "electronic data", "programs" or "electronic computer programs."

If the "electronic data processing media" is not repaired, replaced or restored, the basis of valuation shall be the cost of the blank "electronic data processing media".

**f. "fine arts"** the least of the following amounts:

(1) The actual cash value of that property;

(2) The cost of reasonably restoring that property to its condition immediately before loss or damage; or

(3) The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**g.** property in transit: the amount of invoice, including prepaid or advanced freight, if any, your profit or commission as selling agent, and such other costs and charges as may have accrued and become legally due thereon since shipment. In the absence of an invoice, the property shall be valued at its actual cash value at point of shipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

**D. Additional Conditions**

**1. Coinsurance**

If a Coinsurance percentage is shown for Building, Personal Property, Business Income or Rental Value coverage in the DECLARATIONS, the following condition applies to that particular property or coverage.

We will not pay the full amount of any loss if the value at the time of loss times the Coinsurance percentage shown in the DECLARATIONS for the applicable property or coverage is greater than the last reported value prior to the loss to that property or for that particular coverage.

Instead, we will determine the most we will pay using the following steps:

   **(1)** Multiply the value for the particular property or coverage at the time of loss by the Coinsurance percentage;

   **(2)** Divide the last reported value prior to the loss for that coverage or property by the figure determined in step **(1);**

   **(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **(2);** and

   **(4)** Subtract the deductible from the figure determined in step **(3).**

   We will pay the amount determined in step **(4)** or any applicable limit of liability or sub-limit of liability, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

For the purposes of the application of this provision, value shall mean:

For Building, Personal Property or Property Damage: the value of Covered Property

For Business Income: the "business income" that would have been earned or incurred (had no loss occurred) by your "operations" at the "insured location" and all other "locations" where "business income" loss ensues for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

For Rental Value: "rental value" that would have been earned or incurred (had no loss occurred) by your "operations" at the "insured location" for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

**2. Concealment, Misrepresentation or Fraud**

This policy is void in any case of fraud by you as it relates to coverage provided by this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

   **a.** This policy;

   **b.** The Covered Property;

   **c.** Your interest in the Covered Property; or

   **d.** A claim under this policy.

**3. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this policy at any one or more "insured locations" will not affect coverage at any "insured location" where, at the time of loss, the breach of condition does not exist.

**4. Knowledge or Control**

We will not pay for loss or damage while the chance of loss or damage is increased by any means within your knowledge or control.

**5. Legal Action against Us**

No one may bring a legal action against us under this policy unless:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **a.** There has been full compliance with all of the terms of this policy; and

    **b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**6. Mortgageholders**

    **a.** The term mortgageholder includes trustee.

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the DECLARATIONS in their order of precedence, as interests may appear.

    **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

        **(1)** Pays any premium due under this policy at our request if you have failed to do so;

        **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this policy will then apply directly to the mortgageholder.

    **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

        **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

        **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    **f.** If we cancel this policy, we will give written notice to the mortgageholder at least 10 days before the effective date of cancellation.

    **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**7. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**8. Policy Period, Coverage Territory**

Under this policy:

    **a.** We cover loss or damage commencing:

        **(1)** During the policy period shown in the DECLARATIONS; and

        **(2)** Within the coverage territory.

**9. Transfer of Rights of Recovery against Others to Us**

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

    **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      **(1)** Someone insured by this insurance;

      **(2)** A business firm:

        **(a)** Owned or controlled by you; or

        **(b)** That owns or controls you; or

      **(3)** Your tenant.

      This will not restrict your insurance.

**10. Conformity with Statute**

Terms of this policy, which are in conflict with the statutes of the state wherein this policy is issued, are hereby amended to conform to such statutes.

## E. Definitions

**1.** "100% Value of the Property Insured" means 100% of the property insured at the time of loss or damage at the "locations" where the physical damage occurred.

**2.** "Bacteria" means any type or form of bacterium; or any byproduct that is produced or released by such bacterium.

**3.** "Business income" means the**:**

    **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

    **b.** Continuing "normal' operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

**4.** "Computer operations" means "computer systems" or "electronic data communications system".

**5.** "Computer systems" means computer hardware of any kind; "electronic computer programs"; "electronic data processing media"; "electronic data"; operating system; "media" microchip; microprocessors (computer chips); integrated circuit or similar device; computer network and networking equipment; firmware; servers; web sites; "extranet"; and all input, output, processing, storage, and off-line "media" libraries.

**6.** "Computer virus" means any corrupting, harmful or otherwise unauthorized instructions or code including, but not limited to, any maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature. "Computer virus" includes, but is not limited to, 'Trojan Horses', 'worms' and time or logic bombs'.

**7.** "Contingent property" means property operated by others who are :

    **a.** direct suppliers of materials or services to you and from whom you are contractually obligated to purchase materials or services.  But any property which delivers any of the following services is not considered to be a "contingent property" with respect to such services:

      **1.** Water supply services;

      **2.** Power supply services; or

      **3.** Communication supply services, including services relating to internet access or access to any electronic network;

    **b.** your direct customers who are contractually obligated to accept product(s) produced or service(s) provided by you;

**8.** "Data" means information or knowledge.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

9. "Electronic computer programs" means Computer software, applications software, and other recorded instructions for the processing, sequencing, collecting, transmitting, recording, retrieval, or storage of Electronic Data

10. "Electronic data" means "data" recorded or transmitted in a form usable in "computer systems", microchips, integrated circuits or similar devices in non-computer equipment, and which can be stored on "electronic data processing media" for use by "electronic computer programs".

11. "Electronic data communications system" means any communication system, including "computer systems" and the "internet", which provides the Insured with access to other "computer systems", microchips, integrated circuits or similar devices      in non-computer equipment, or which provides any party access to  your "computer systems", microchips, integrated circuits or similar devices in non-computer equipment.

12. "Electronic data processing media" means punch cards, paper tapes, floppy disks, CD-ROM, hard drives, magnetic tapes, magnetic discs or any other tangible personal property on which "Electronic data" or "electronic computer programs" are recorded or transmitted, but not the "electronic data" or "electronic computer programs" themselves. "Money" or "securities" are not "electronic data processing media".

13. "Extranet" means an internal computer network that has been selectively opened to suppliers, customers, or other third parties via the "internet" or otherwise.

14. "Extra expense" means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

15. "Fine arts" means paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; antique furniture; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, 'money" and "securities".

16. "Finished stock" means stock you have manufactured.

    "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this policy.

17. "Full 12 Months Time Element Values" means full 12 months Time Element values that would have been earned in the 12 month period following the "occurrence" by use of the facilities at the "location" where the physical damage occurred and all other "locations" where Time Element loss ensues

18. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

19. "High Hazard Flood Zone" means areas which at the time of loss or damage have been designated by the Federal Emergency Management Agency to be in a Special Flood Hazard Area (SFHA)

20. "Internet" means the worldwide publicly accessible network of computers, which is commonly referred to as 'The Internet' or 'World Wide Web', or any other similar publicly accessible network hereafter to be developed

21. "Lease" means the lease or rental agreement, whether written or oral, in effect as of the time of loss.

22. "Leasehold interest" means the excess rent paid for either the same or similar replacement property over the amount of rent and other charges which would have been payable under the unexpired "lease" plus bonuses or advance rent paid (including any maintenance, operating charges or taxes) for each month during the unexpired term of the Insured's "lease".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

23. "Location(s)" means locations as listed on the Schedule of Locations attached to this policy or as listed on the latest schedule on file with us.  If not so specified or if the Miscellaneous Unnamed Location provision is applicable, a building, yard, dock, wharf, pier or bulkhead (or any group of the foregoing) bounded on all sides by public streets, clear land space or open waterways, each not less than fifty feet wide.  Any bridge or tunnel crossing such street, space or waterway will render such separation inoperative.

24. "Media" means any item of tangible personal property on which "data" or "programs" can be recorded, but not the "data" or "programs" themselves.  "Money" or "securities" are not "media".

25. "Merchandise" means goods kept for sale by the you, which are not the product of your manufacturing operations;

26. "Money" means currency, coins, bank notes and bullion; and travelers checks, register checks and money orders held for sale to the public.

27. "Net leasehold interest" means the present value of the amount which placed at four percent (4%) annual interest would equal the "leasehold interest" (less any amounts otherwise payable hereunder).

28. "'Normal'" means the condition that would have existed had no loss occurred

29. "Occurrence" means, except as may be more specifically defined for a Covered Cause of Loss, any one loss, disaster or casualty, or series of losses, disasters or casualties arising out of one event. When the word applies to loss or losses from the perils of tornado, tsunami, windstorm, Named Windstorm, hail, riot, riot attending a strike, civil commotion, malicious mischief, "flood", "earthquake" or leakage from fire extinguishing equipment due to "earthquake", if such perils are covered under this "policy", one event shall be construed to be all losses arising during a continuous period of seventy-two (72) hours.  When filing proof of loss, you may elect the moment at which such seventy-two (72) hour period shall be deemed to have commenced, which shall not be earlier than when the first loss to property or interests insured under this policy occurs. However, the we shall not be liable hereunder for any loss or damage:

   a. occurring before this policy becomes effective; or

   b. arising from an "occurrence" which is in progress at the time this policy becomes effective, even if such loss or damage occurs after this policy becomes effective; or

   c. occurring after the expiration of this policy, except loss or damage arising from an "occurrence" in progress at the time this policy expires.

30. "Operations" means:

   a. Your business activities occurring at an "insured location"; and

   b. The tenantability of an "insured location", if Rental Value coverage applies.

31. "Period of restoration" means the period of time that:

   a. Begins: immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at an "insured location"; and

   b. Ends on the earlier of:

      (1) The date when the property at an "insured location" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent "location".

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

### Policy No. EAF777450-21

The "period of restoration" definition, with respect to "contingent property", is the same as above, but with the term "contingent property" replacing "insured location".

**32.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including, but not limited to, asbestos, dioxin, polychlorinated biphenols, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

"pollutants" include, but are not limited to those materials that can cause or threaten damage to human health or human welfare or cause or threaten damage, deterioration, loss of value, marketability or loss of use to property including "bacteria", fungi, mold, mildew, virus or hazardous substances as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, Toxic Substances Control Act or as designated by the U.S. Environmental Protection Agency or any other governing authority

**33.** . "Program" means recorded instructions, whether digital or otherwise, for the processing, collecting, transmitting, recording, retrieval or storage of "data"

**34.** "Rental Value" means:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of an "insured location" as furnished and equipped by you, including fair rental value of any portion of an "insured location" which is occupied by you; and

**b.** Continuing ""normal" operating expenses incurred in connection with that "insured location", including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**35.** "Repair or replacement cost" means the lesser of:

**a.** The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

**b.** The cost in rebuilding, repairing or replacing on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

**c.** The selling price of real property or machinery and equipment, other than stock, offered for sale on the date of loss.

**d.** The cost to replace unrepairable electrical or mechanical equipment, including computer equipment, with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

**e.** The increased cost of demolition, if any, resulting from loss covered by this Policy, if such property is scheduled for demolition.

**f.** The actual cash value if such property is:

**(1)** useless to you; or

**(2)** not repaired, replaced or rebuilt on the same or another site within one year from the date of loss.

"Repair or replacement cost" does not include any increase of loss resulting from enforcement of any law, ordinance, regulation or rule, regulating or restricting the construction, installation, repair, replacement, demolition, occupancy, operation or other use of property at an "insured location" other than that provided for in the Ordinance or Law provision of the Extensions of Coverage..

**36.** "Securities" means all negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include "money".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

37. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        **(1)** The cost of filling sinkholes; or

        **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss or damage to:

        **(1)** Personal property in the open; or

        **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

38. "Stock" means "merchandise" held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

39. "Suspension" means:

    **a.** The slowdown or cessation of your business activities; or

    **b.** That a part or all of the "insured location" is rendered untenantable, if coverage for "rental value" applies.

40. "Tier 1 Windstorm Areas" means the following counties, parishes and independent cities including barrier islands within these states:

        1. Florida: All
        2. Hawaii: All
        3. *Alabama:* Baldwin, Mobile
        4. *Georgia:* Bryan, Camden, Chatham, Glynn, Liberty, McIntosh
        5. *Louisiana:* Cameron, Iberia, Jefferson, Lafourche, Orleans, Plaquemines, St. Bernard, St. Martin, St. Mary, St. Tammany, Terrebonne, Vermillion
        6. *Mississippi:* Hancock, Harrison, Jackson
        7. *North Carolina:* Beaufort, Brunswick, Camden Carteret, Chowan, Craven, Currituck, Dane, Hyde, Jones, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Tyrrell, Washington
        8. *South Carolina:* Beaufort, Berkeley, Charleston, Colleton, Georgetown, Horry, Jasper
        9. *Texas:* Aransas, Brazoria, Calhoun, Cameron, Chambers, Galveston, Harris, Jackson, Jefferson, Kennedy, Kleberg, Matagorda, Nueces, Refugio, Orange, San Patricio, Willacy
      10. *Virginia:* Accomack, Gloucester, Isle of Wight, James City, Lancaster, Matthews, Middlesex, Northampton, Northumberland, Surry, York and Independent Cities of Chesapeake, Hampton, Newport News, Norfolk, Poquoson, Portsmouth, Suffolk, Virginia Beach.

41. "Time Element" means coverage provided under the Time Element section of this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Policy No.** EAF777450-21

42. "Total Insurable Value" means 100% value of the Covered Property at the time of loss or damage at the "locations" where the physical damage occurred plus full 12 months Time Element values that would have been earned in the 12 month period following the "occurrence" by        use of the facilities at the "location" where the physical damage occurred and all other "locations" where Time Element loss ensues.

43. "Utility services" means

    **a.** the following  property supplying water to the "insured location":
       **1.** Pumping stations; and
       **2.** Water mains.

    **b.** the following property supplying communication services, including telephone, radio, microwave or television services to the "insured locations":
       **1.** Communication transmission lines, including optic fiber transmission lines;
       **2.** Coaxial cables; and
       **3.** Microwave radio relays except satellites.

    **c.** the following types of property supplying electricity, steam or gas to "insured locations":
       **1.** Utility generating plants;
       **2.** Switching stations;
       **3.** Substations;
       **4.** Transformers; and
       **5.** Transmission lines.

Utility Services does not mean or include overhead transmission lines.

44. "Unoccupied" means containing contents pertaining to the occupancy of the building while operations or other customary activities are suspended.

45. "Vacant" means containing no contents pertaining to operations or activities customary to occupancy of the building.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Named Insured | | Endorsement Number |
|---|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | | A |
| **Policy Number** | **Policy Period** | **Effective Date of Endorsement** |
| EAF777450-21 | 11/01/2021    to    11/01/2022 | 11/01/2021 |
| **Issued By** | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

<u>**NAMED INSURED SCHEDULE**</u>

The Named Insured section of the Common Policy Declarations is deleted in its entirety and replaced by:

D'Amico Holding Company

Campiello

Café Lurcat /Bar Lurcat

D'Amico & Sons

Fogg Restaurant & Catering at Naples Botanical Garden

D'Amico's The Continental



**ES 109 0107**

| Named Insured | Endorsement Number |
|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | B |

| Policy Number | Policy Period | | | Effective Date of Endorsement |
|---|---|---|---|---|
| EAF777450-21 | 11/01/2021 | to | 11/01/2022 | 11/01/2021 |

| Issued By | Endorsement Issue Date |
|---|---|
| AXIS Surplus Insurance Company | 11/01/2021 |

**This endorsement changes the policy. Please read it carefully.**

<u>**ADDITIONAL SUBLIMITS ENDORSEMENT**</u>

It is hereby understood and agreed that the below are added as Additional Sub-limits to AXIS Primary Form 0507:

| Sub-limits of Liability: | All are per "occurrence" (unless shown as in the aggregate) and are part of, not in addition to, the Limit of Liability. | |
|---|---|---|
| Windstorm and Hail (Including Named Windstorm) | $ 6,000,000 | |
| Golf Carts | $ 7,800 | |

_____
**Authorized Representative**

**All other terms and conditions remain unchanged.**



**AXIS 1011736 0718**

| Named Insured | | Endorsement Number |
|---|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | | C |
| **Policy Number** | **Policy Period** | **Effective Date of Endorsement** |
| EAF777450-21 | 11/01/2021      to      11/01/2022 | 11/01/2021 |
| **Issued By** | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

<u>**EQUIPMENT BREAKDOWN COVERAGE**</u>

This endorsement modifies insurance provided under the following:

AXIS Primary Form

A.    The following is added as a Additional Coverage to the AXIS Primary Form.

**Additional Coverage-- Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

1.    We will pay for direct physical damage to Covered Property that is the direct result of an "accident". As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

a.    mechanical breakdown, including rupture or bursting caused by centrifugal force;

b.    artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

c.    explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d.    loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

e.    loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2.    Unless otherwise shown in the Equipment Breakdown Coverage Schedule, the following coverages also apply to the direct result of an "accident". These coverages do not provide additional amounts of insurance.



**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

a.    Expediting Expenses

With respect to your damaged Covered Property, we will pay up to $100,000 unless otherwise shown in the Equipment Breakdown Coverage Schedule, the reasonable extra cost to:

(1)    make temporary repairs; and

(2)    expedite permanent repairs or permanent replacement.

b.    Hazardous Substances

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in the Equipment Breakdown Coverage Schedule.

c.    Spoilage

(1)    We will pay:

(a)    for physical damage to "perishable goods" due to spoilage;

(b)    for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

(c)    any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2)    If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $25,000 unless otherwise shown in the Equipment Breakdown Coverage Schedule.



ES 506 0507

Includes copyrighted material of Insurance Services Office, Inc., with its permission

d.    Computer Equipment

We will pay for loss, damage or expense caused by or resulting from an "accident" to "computer equipment".

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in the Equipment Breakdown Coverage Schedule. Computers used primarily to control or operate "covered equipment" are not subject to this limit.

e.    Data Restoration

We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in the Equipment Breakdown Coverage Schedule.

f.    Service Interruption

(1)    Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2)    Unless otherwise shown in the Equipment Breakdown Coverage Schedule, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

(3)    The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, except that if a limit is shown in the Equipment Breakdown Coverage Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

g.    Business Income and Extra Expense

Any insurance provided under this policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss of Business Income you sustain or necessary Extra Expense you incur is the limit shown in the Declarations for that coverage, unless otherwise shown in the Equipment Breakdown Coverage Schedule.



ES 506 0507

Includes copyrighted material of Insurance Services Office, Inc., with its permission

3.  EXCLUSIONS

All exclusions in the Covered Cause of Loss and Exclusions section of the policy apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

a.  The exclusions are modified as follows:

   (1)  The following is added to Exclusion B.1.g.:

        However, if electrical "covered equipment" requires drying out because of Flood as described in g.(1) or g.(2) above, we will pay for the direct expenses of such drying out subject to applicable Limit of Liability (or sub-limit of liability) and deductible for Building or Business Personal Property, whichever applies.

   (2)  If the Causes of Loss – Special Form applies, as respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:

        But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

b.  We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

   (1)  any defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

   (2)  any of the following tests: a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

c.  With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

d.  With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

   (1)  loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

   (2)  any increase in loss resulting from an agreement between you and your customer or supplier.



**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

e.  We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident": Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

4.  DEFINITIONS

The following definitions are added for the purposes of the application of this endorsement:

a.  "Boilers and vessels" means:

(1)  Any boiler, including attached steam, condensate and feedwater piping; and

(2)  Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in the Equipment Breakdown Coverage Schedule.

b.  "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including "media" and peripherals used in conjunction with such equipment.

c.  "Covered equipment"

(1)  "Covered equipment" means, unless otherwise specified in the Equipment Breakdown Coverage Schedule, Covered Property:

(a)  that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

(b)  which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

(2)  None of the following is "covered equipment":

(a)  structure, foundation, cabinet, compartment or air supported structure or building;

(b)  insulating or refractory material;

(c)  sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

(d)  water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(e)  "vehicle" or any equipment mounted on a "vehicle";



**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

(f)     satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(g)     dragline, excavation or construction equipment; or

(h)     equipment manufactured by you for sale.

d.    "Data" means information or instructions stored in digital code capable of being processed by machinery.

e.    "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

f.    "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

g.    "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

h.    "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

i.    "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear elsewhere in this endorsement, but may appear in the Equipment Breakdown Coverage Schedule.

j.    "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

B.    The AXIS Primary Form is modified as follows.

1.    DEDUCTIBLE

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Equipment Breakdown Coverage Schedule. If a separate Equipment Breakdown deductible(s) is shown in the Equipment Breakdown Coverage Schedule, then the following applies with respect to the application of the deductible(s) .



**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

a.   Deductibles for Each Coverage

(1)   Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

(2)   We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

(3)   If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

b.   Direct and Indirect Coverages

(1)   Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.

(2)   Unless more specifically indicated in the Schedule:

(a)   Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

(b)   Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

c.   Application of Deductibles

(1)   Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

(2)   Time Deductible

If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

(3)   Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned



**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the period of restoration.

The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

(4)     Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

2.     CONDITIONS

The following conditions are added to the General Conditions section of the policy.

a.  Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

(1)     your last known address; or

(2)     the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment".  If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

b.  Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.



**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

    c.   Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

    d.   Coinsurance

If a coinsurance percentage is shown in the Equipment Breakdown Coverage Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss.  Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Liability or sub-limit of liability in the Declarations unless otherwise shown in the Equipment Breakdown Coverage Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.



**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

| Named Insured<br>D'Amico Holding Company (See Named Insured<br>Schedule - Endorsement A) | | Endorsement Number<br><br>D |
|---|---|---|
| **Policy Number** | **Policy Period** | **Effective Date of Endorsement** |
| EAF777450-21 | 11/01/2021    to    11/01/2022 | 11/01/2021 |
| **Issued By** | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

**<u>EQUIPMENT BREAKDOWN COVERAGE SCHEDULE</u>**

Equipment Breakdown coverage is subject to the Limit of Liability and applicable sub-limits of liability shown in the AXIS Primary Form.  These coverages apply to all "locations" covered on the policy, unless otherwise specified.

| Coverage | Limit of Insurance |
|---|---|
| Expediting Expenses | $100,000 |
| Hazardous Substances | $100,000 |
| Spoilage | $250,000 |
| Computer Equipment | $100,000 |
| Data Restoration | $100,000 |
| Service Interruption | $100,000 |

| Coverage | Deductibles |
|---|---|
| Combined, All Coverages | $N/A |
| Direct Coverages | $10,000 |
| Indirect Coverages | One times Average Daily Value |
| Spoilage | 10% of Loss, $1,000 minimum |

| Other Conditions |
|---|
| Equipment Breakdown - Combined Property Damage, Business Income and Extra Expense $13,176,347 |



**ES 507 0507**

| Named Insured | | Endorsement Number |
|---|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | | E |

| Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|
| EAF777450-21 | 11/01/2021    to    11/01/2022 | 11/01/2021 |

| Issued By | Endorsement Issue Date |
|---|---|
| AXIS Surplus Insurance Company | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

<u>**FLOOD ENDORSEMENT**</u>

This endorsement modifies insurance provided under the AXIS Property Form.

1.  COVERED CAUSE OF LOSS

    Subject to the terms and conditions of the Policy to which this endorsement is attached, this Policy is extended to cover direct physical loss or damage to covered property caused by Flood as defined herein.

2.  LIMIT

    Liability for all losses, per "occurrence" and "in the aggregate", as insured against by this endorsement shall not exceed $6,000,000 for any one "occurrence" and "in the aggregate", but not to exceed the following sub-limit(s), which are part of and not in addition to this limit:

    A.  $6,000,000    Any one "occurrence" and "in the aggregate" for all losses caused by or resulting from physical loss or damage to locations wholly or partially in a High Hazard Flood Zone.

    B.  $6,000,000    Any one "occurrence" and "in the aggregate" for all losses caused by or resulting from physical loss or damage to locations wholly or partially in areas designated by the Federal Emergency Management Agency to be in Zone B or Shaded X.

    This limit is part of, and not in addition to the Limit of Liability of this policy as shown in the Schedule of this Policy.

    If a sub-limit is shown as No Coverage, it means that no such coverage is provided regardless of any other cause or event, whether or not insured under this policy, contributing concurrently or in any other sequence to the loss.



3. DEDUCTIBLE

| APPLICABLE TO | DEDUCTIBLE PERCENTAGE OR AMOUNT | DEDUCTIBLE TYPE |
|---|---|---|
| All losses under this endorsement except as described below | $100,000 | Per Occurrence |
| For all losses caused by or resulting from physical loss or damage to locations wholly or partially in a High Hazard Flood Zone | $500,000 per Building<br>$500,000 Contents - per Building<br>$100,000 Time Element | Per Occurrence |
| All losses caused by or resulting from physical loss or damage to locations wholly or partially in areas designated by the Federal Emergency Management Agency to be in Zone B or Shaded X. | $100,000 | Per Occurrence |

A. If Per Unit is shown in the schedule under Deductible Type for a location(s) in the schedule, then, irrespective of the Application of Deductible provisions of this policy or any other deductible applying, we shall not be liable for loss to any of the following units of insurance at any one location, unless such loss exceeds the percentage indicated in the schedule of the total insurable value of such unit of insurance at the time when such loss happens, and then only for its proportion of such excess.

1. Each building, if two or more buildings sustain loss or damage

2. The building and to personal property in that building, if both sustain loss or damage

3. Personal property at each building, if personal property at two or more buildings sustains loss or damage

4. Personal property in the open

5. Business Income

6. Extra Expense

7. Leasehold Interest



ES 502 0507

8.  Rental Value

B.  If Per Location is shown in the schedule under Deductible Type for a location(s), then the following deductible will apply separately at each "location", irrespective of the Application of Deductible provisions of this policy or any other deductible applying:

You shall retain in each "occurrence" the product of the percentage indicated in the schedule times the "total insurable values" for the "location" where the physical loss or damage occurs

4.  ADDITIONAL PROVISIONS

A.  Each loss caused by Flood shall constitute a single claim payable under this Policy.  All losses caused by Flood within a 72-hour period shall be deemed a single "occurrence" within the meaning of this Policy.  When filing proof of loss, the Insured may elect the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than the first loss to covered property occurs.

B.  The Company will pay for direct physical loss or damage caused by Flood occurring for a period of up to 72-hours after the expiration of this Policy provided that the first Flood loss or damage occurs prior to the date and time of the expiration of this Policy.

C.  This endorsement does not insure any loss or damage caused by any Flood commencing before the effective date and time of this policy nor commencing after the expiration date and time of this policy.

D.  This endorsement does not increase any amounts or limits of insurance provided by this policy.

E.  This endorsement does not insure against loss or damage to property at any location partially or wholly located within Federal Emergency Management Agency (FEMA) flood zones prefixed A or V.

F.  This endorsement does not insure against loss or damage to retaining walls, seawalls, bulkheads, wharves, piers, bridges, docks or other structures located on or partially over water, or personal property in the open.

G.  This endorsement does not insure against loss or damage caused by or resulting from tsunami regardless of any other cause or event contributing concurrently or in any other sequence to the loss or damage.



5.   DEFINITIONS

A.   The term Flood shall mean:

1.   Storm surge, Surface water, waves or tidal water, and the rising (including the overflow or breaking of boundaries) of lakes, ponds, reservoirs, rivers, harbors, streams or similar bodies of water, whether driven by wind or not

2.   Mudslide or mudflow

3.   Water that backs up from any sewer or drain

4.   Any release of water impounded by a dam

B.   High Hazard Flood Zone means areas which at time of loss or damage have been designated by the Federal Emergency Management Agency to be in an area having special flood, mudflow, or flood-related erosion hazards, and shown on a Flood Hazard Boundary Map or a Flood Insurance Rate Map as Zone A, AO, A1-A30, AE, A99, AH, AR, AR/A, AR/AE, AR/AH, AR/AO, AR/A1-A30, V1-V30, VE, or V.

6.   SPECIFIC TERMS AND CONDITIONS

A provision applies if an "X" appears in the box along side it.

☐ A.   Basement Exclusion

This endorsement does not insure against loss or damage to any property located in a basement or below the surface of the ground.  The term basement shall mean any area of a structure having its bottom surface, whether floored or not, sub-grade (below ground level on all four sides of such structure).



ES 502 0507

 AXIS PROPERTY INSURANCE

| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| F | 12:01 a.m. on 11/01/2021 | EAF777450-21 | Included |

**EARTH MOVEMENT COVERAGE ENDORSEMENT**

This endorsement modified the coverage provided under the following:

AXIS PROPERTY FORM (AXIS PRIMARY FORM 0507)

It is agreed that:

I.     INSURING AGREEMENT

This policy covers direct physical loss or damage to the Covered Property as a result of Earth Movement.  The coverage provided under this endorsement ☐ covers ☒ does not cover the peril of sprinkler leakage resulting from the peril of Earth Movement.

II.    LIMITS OF INSURANCE

Liability for all losses, per "occurrence" and in the aggregate, as insured against by this endorsement shall not exceed $ 13,176,347 part of $ 13,176,347 any one "occurrence" and in the aggregate, but not to exceed the following sub-limit(s), which are part of and not in addition to this limit:

<u>No Coverage</u> any one "occurrence", as shown in the Schedule of this Policy, any one "occurrence" and in the aggregate, for all losses caused by or resulting from physical loss or damage to property in the state of California.

<u>No Coverage</u> any one "occurrence" and in the aggregate for all losses caused by or resulting from physical loss or damage to property in the state of Hawaii.

<u>No Coverage</u> any one "occurrence" and in the aggregate, for all losses caused by or resulting from physical loss or damage to property in the New Madrid Earth Movement Territory.

<u>No Coverage</u> any one "occurrence" and in the aggregate, for all losses caused by or resulting from physical loss or damage to property in the Pacific Northwest Earth Movement Territory.

This limit is part of, and not in addition to the Limits of Insurance shown on the Declarations of this Policy.

If a sub-limit is shown as No Coverage, it means that no such coverage is provided in that geographical area regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

III. ADDITIONAL PROVISIONS

A.   Each loss by Earth Movement shall constitute a single claim hereunder; provided, that if more than one Earth Movement event shall occur within any period of seventy-two (72) hours during the term of this policy, such events shall be considered to constitute a single Earth Movement "occurrence", but we shall not be liable for any loss:

1          occurring before this policy becomes effective; or

2.         occurring after termination of this policy, except for loss arising from an Earth Movement "occurrence" in progress when this policy is terminated.



**AXIS PROPERTY INSURANCE**

B. This Earth Movement coverage does not insure against loss or damage caused by or resulting from leakage from fire protection equipment regardless of any other cause or event contributing concurrently or in any other sequence to the loss or damage. This exclusion does not apply when the peril of sprinkler leakage resulting from the peril of Earth Movement is selected in Paragraph I. of this endorsement.

C. This Earth Movement coverage does not insure against loss or damage caused by or resulting from tsunami regardless of any other cause or event contributing concurrently or in any other sequence to the loss or damage.

D. If the coverage of the policy to which this endorsement is attached includes Property Damage and Business Interruption, the foregoing limits shall be the maximum amounts collectible under this policy for loss or damage resulting from the peril of Earth Movement, regardless of whether the loss involves Property Damage alone or both Property Damage and Business Interruption.

E. The Earth Movement exclusion set forth in the policy shall not apply when this endorsement is attached to the policy.

IV.     Deductible (The option below marked by "x", shall apply)

☒     The sum of $100,000 shall be deducted from any adjusted claim due to Earth Movement.

☐     You shall retain in each "occurrence" the sum equal to % of the total insurable values at the time and place of loss in any loss arising out of one "occurrence" or event from any adjusted claim due to Earth Movement.

☐     We shall not be liable for loss to any unit of insurance at any one location, unless such loss exceeds _____ of the total insurable value of such unit of insurance at the time when such loss shall happen, and then only for its proportion of such excess. The following shall be considered a separate unit of insurance: (a) each separate building or structure; (b) the contents of each separate building or structure; (c) property in each yard; and (d) Business Income, including Extra Expense, Loss of Rent or Rental Value. The deductible shall supersede any other deductible in this policy as respects the peril of Earth Movement.

This percentage is subject to a minimum deductible of N/A per "occurrence".

V. DEFINITIONS

A. Pacific Northwest Earth Movement Territory means the following counties within the state of Washington: Callam, Gray Harbors, Island, Jefferson, King, Katsap, Lewis, Mason, Pierce, San Juan, Skagit, Snohomish, Thurston, Whatcom.

B. New Madrid Earth Movement Territory means the following counties within the following states:

1. Arkansas:     Clay, Craighead, Crittenden, Cross, Greene, Independence, Jackson, Lawrence, Lee, Mississippi, Monroe, Phillips, Poinsett, Prairie, Randolph, St. Francis, White, Woodruff;

2. Illinois:     Alexander, Franklin, Jackson, Johnson, Massac, Monroe, Perry, Pope, Pulaski, Randolph, Union, Washington, Williamson.

3. Kentucky:     Ballard, Calloway, Carlisle, Crittenden, Fulton, Graves, Hickman, Livingston, Lyon, Marshall, McCracken

4. Mississippi:     DeSoto, Marshall, Tate, Tunica

5. Missouri:     Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Madison, Mississippi, New Madrid, Pemiscot, Perry, Reynolds, Ripley, St. Francis, St. Genevieve, Scott, Stoddar, Wayne

6. Tennessee:     Crockett, Dyer, Fayette, Gibson, Hardeman, Haywood, Henry, Lake, Lauderdale, Obion, Shelby, Tipton, Weakley



C.  Earthquake shall mean the natural faulting of land masses, not including subsidence, landslide, rock slide, mudflow, earth rising, earth sinking, earth shifting or settling; unless, as a direct result of such earthquake.

D.  Earth Movement means any natural or man-made earth movement including, but not limited to "earthquake" or landslide, regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, or sprinkler leakage resulting from Earth Movement will not be considered to be loss by Earth Movement within the terms and conditions of this Policy.

VI.    SPECIFIC TERMS AND CONDITIONS

A provision applies if an "X" appears in the box alongside it.

☐  A.   Non-California Exclusion

This endorsement does not insure loss or damage to property at locations outside of California.

All other provisions of the Policy remain unchanged.

 AXIS PROPERTY INSURANCE

| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| G | 12:01 a.m. on 11/01/2021 | EAF777450-21 | Included |

**ORDINARY PAYROLL EXCLUSION**

This endorsement modifies the coverage provided under the following:

AXIS PROPERTY FORM – AXIS PRIMARY FORM 0507

It is agreed that, notwithstanding any language to the contrary, the Time Element coverage provided by this policy does not include coverage for payroll expenses or ordinary payroll. The amount of "time element" loss as insured against by this policy shall not be determined based on payroll expenses.

All other provisions of the policy remain unchanged.

MANU 2021091017 0921

| Named Insured | | Endorsement Number |
|---|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | | H |
| **Policy Number** | **Policy Period** | **Effective Date of Endorsement** |
| EAF777450-21 | 11/01/2021    to    11/01/2022 | 11/01/2021 |
| **Issued By** | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | 11/01/2021 |

**This endorsement changes the policy. Please read it carefully.**

### PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the AXIS Primary Form

SCHEDULE

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| All | All | "P-1", "P-2" and "P-9" in service at the time of binding. |
| Describe any "P-9": Applicable to all Fire Suppressions Systems (including Sprinklers and Full Auto Extinguishing System over all cooking surfaces) and Alarms (Burglar and Fire) in service at the time of binding. | | |

A. The following is added to the General Conditions section of the policy:

   PROTECTIVE SAFEGUARDS

   1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

   2. The protective safeguards to which this endorsement applies are identified by the following symbols:



Page 1 of 2                                              ES 530 0507

**Includes copyrighted material of Insurance Services Office, Inc., with its permission**

"P-1"   Automatic Sprinkler System, including related supervisory services.

Automatic Sprinkler System means:

a.  Any automatic fire protective or extinguishing system, including connected:

(1)  Sprinklers and discharge nozzles;

(2)  Ducts, pipes, valves and fittings;

(3)  Tanks, their component parts and supports; and

(4)  Pumps and private fire protection mains.

b.  When supplied from an automatic fire protective system:

(1)  Non-automatic fire protective systems; and

(2)  Hydrants, standpipes and outlets.

"P-2"   Automatic Fire Alarm, protecting the entire building, that is:

a.  Connected to a central station; or

b.  Reporting to a public or private fire alarm station.

"P-3"   Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4"   Service Contract with a privately owned fire department providing fire protection service to the described premises.

"P-9"   The protective system described in the Schedule.

B.  The following is added to the Covered Causes Of Loss and Exclusions section of the policy:

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1.  Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2.  Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.



Includes copyrighted material of Insurance Services Office, Inc., with its permission

| Named Insured | Endorsement Number |
|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | I |

| Policy Number | Policy Period | | | Effective Date of Endorsement |
|---|---|---|---|---|
| EAF777450-21 | 11/01/2021 | to | 11/01/2022 | 11/01/2021 |

| Issued By | Endorsement Issue Date |
|---|---|
| AXIS Surplus Insurance Company | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

## <u>WIND DEDUCTIBLES</u>

This endorsement modifies insurance provided under the AXIS Property Form.

## SCHEDULE

| Applicable to | Cause of Loss | Deductible Days, Percentage or Dollar Amount | Deductible Type |
|---|---|---|---|
| All Covered Property | Named Windstorm | 5% of the Real and Personal Property and Business Income total insured values at the time of loss or damage at the locations where the physical damage occurred subject to a minimum of $100,000 in any one occurrence. | **Per Occurrence** |
| All Covered Property | All Other Windstorm and Hail | $25,000 | **Per Occurrence** |



**Includes copyright material of Insurance Services Office, Inc. with its permission**

1.  If Named Windstorm is shown in the schedule under Cause of Loss as applying to a location(s), then the deductible for that location(s) applies to loss or damage caused directly or indirectly by a Named Windstorm, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than a Named Windstorm occurs, and that loss or damage would not have occurred but for the Named Windstorm, such loss or damage shall be considered to be caused by Named Windstorm and therefore part of the Named Windstorm "occurrence".

    Named Windstorm means a storm or weather disturbance that is named by the National Weather Service or other recognized authority.  Such storm or weather disturbance shall also include storm or weather disturbance occurring during the 72 hours immediately following the time when such storm or weather disturbance has been downgraded, meaning that the storm or weather disturbance is no longer considered by the weather services or authorities described above to be a hurricane, typhoon, tropical storm or cyclone.

2.  If Windstorm or Hail is shown in the schedule under Cause of Loss as applying to a location(s), then the deductible for that location(s) applies to loss or damage caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

    With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

    The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

3.  If Per Unit is shown in the schedule under Deductible Type for a location(s) in the schedule, then, irrespective of the Application of Deductible provisions of this policy or any other deductible applying, we shall not be liable for loss to any of the following units of insurance at any one location, unless such loss exceeds the percentage indicated in the schedule of the total insurable value of such unit of insurance at the time when such loss happens, and then only for its proportion of such excess.

    a.  Each building, if two or more buildings sustain loss or damage;

    b.  The building and to personal property in that building, if both sustain loss or damage;

    c.  Personal property at each building, if personal property at two or more buildings sustains loss or damage;

    d.  Personal property in the open:

    e.  Business Income

    f.  Extra Expense

    g.  Leasehold Interest

    h.  Rental Value



**Includes copyright material of Insurance Services Office, Inc. with its permission**

4. If Per Location is shown in the schedule under Deductible Type for a location(s), then the following deductible will apply separately at each "location", irrespective of the Application of Deductible provisions of this policy or any other deductible applying.

You shall retain in each "occurrence" the product of the percentage indicated in the schedule times the "total insurable values" for the "location" where the physical loss or damage occurs



**Page 3 of 3**                                        **ES 501 0408**

**Includes copyright material of Insurance Services Office, Inc. with its permission**

| Named Insured | | Endorsement Number |
|---|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | | J |
| **Policy Number** | **Policy Period** | **Effective Date of Endorsement** |
| EAF777450-21 | 11/01/2021    to    11/01/2022 | 11/01/2021 |
| **Issued By** | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

### SCHEDULED LIMIT OF LIABILITY ENDORSEMENT

In the event of loss hereunder, our liability shall be limited to the least of the following.

A.   The actual adjusted amount of loss, less applicable deductible(s) or self-insured retention(s).

B.   100% of the individually stated value for each scheduled item of property, "time element", or other coverages shown on the latest Application or Statement of Values on file with us, less applicable deductible(s) or self insured retention(s).  If actual cash value applies, then the maximum amount payable is 100%.

C.   The Limit of Liability, or sub-limit of liability as shown or endorsed onto the Policy.  If a sub-limit of liability is shown on the policy, the lesser limit shall apply.

D.   The maximum amount payable under the Coinsurance condition of the policy.



ES 503 0507

| Named Insured<br>D'Amico Holding Company (See Named Insured<br>Schedule - Endorsement A) | | Endorsement Number<br><br>K |
|---|---|---|
| Policy Number<br><br>EAF777450-21 | Policy Period<br><br>11/01/2021    to    11/01/2022 | Effective Date of Endorsement<br><br>11/01/2021 |
| Issued By<br><br>AXIS Surplus Insurance Company | | Endorsement Issue Date<br><br>11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

<u>**MINIMUM EARNED PREMIUM**</u>

This endorsement replaces any cancellation provision in regards to refund or return premium calculations if we cancel the policy for non-payment of premium or the First Named Insured cancels the policy.

If we cancel this policy for non-payment of premium or the First Named Insured cancels this policy, the minimum premium earned for this policy, if cancelled will be based on the schedule below:

| Minimum Earned Premium Percentage | Premium Base | CONDITION |
|---|---|---|
| 80% | of the total Premium excluding TRIA | If coverage for the policy was in effect at any time during the period from June 1st to November 30th |
| 35% | of the total Premium excluding TRIA | If coverage for the policy was not in effect at any time during the period from June 1st to November 30th |



**ES 187 1007**

| Named Insured | Endorsement Number |
|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | L |

| Policy Number | Policy Period | | | Effective Date of Endorsement |
|---|---|---|---|---|
| EAF777450-21 | 11/01/2021 | to | 11/01/2022 | 11/01/2021 |

| Issued By | Endorsement Issue Date |
|---|---|
| AXIS Surplus Insurance Company | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

### <u>REPLACEMENT COST COVERAGE</u>

The Company's liability will not exceed the smallest of the following:

1.  The applicable limit of liability:

2.  The replacement cost of property identical with such property or any part of such property that is damaged or destroyed on the same premises and intended for the same use and occupancy. This will not be construed, however, to prohibit reconstruction at another location.

3.  The amount actually and necessarily expended in repairing or replacing said property or any part of said property.

In the application of replacement cost insurance, the words "replacement cost" will be substituted for the words "actual cash value" wherever else they appear in the policy.

The Company will not be liable unless and until actual repair or replacement is completed.



**ES 146 0106**

| Named Insured | Endorsement Number |
| --- | --- |
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | M |

| Policy Number | Policy Period | | | Effective Date of Endorsement |
| --- | --- | --- | --- | --- |
| EAF777450-21 | 11/01/2021 | to | 11/01/2022 | 11/01/2021 |

| Issued By | Endorsement Issue Date |
| --- | --- |
| AXIS Surplus Insurance Company | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

### FAILURE TO PERFORM EXCLUSION

Even if any of the terms of this policy might be construed otherwise, the following causes of physical loss or damage to property, as described in Items 1. and 2. below, are specifically excepted from this policy. We do not insure against loss or damage directly or indirectly caused by, resulting from, contributed to or aggravated by, or which would not have occurred but for, either of these causes:

1.  The design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of all or any part of the following:

    a.  Roads, water or gas mains, sewers, drainage ditches, levees, dams, dikes, floodgates, canals, harbors, retention ponds, or other similar works or facilities;

2.  The maintenance of any of such property, works or facilities.

This exception applies whether or not the property or facilities described above are:

1.  Covered under this policy; or

2.  On or away from the covered premises.

This exception does not reduce the insurance for loss or damage caused directly by a Covered Peril.

As used in this endorsement:

1.  If this policy is written to cover the risk of loss from specifically named causes, Covered Peril means any cause of physical loss or damage to property specifically named as covered.

2.  If written to cover the risk of loss without specifying specifically named causes, Covered Peril means any cause of physical loss or damage to property not described above and not otherwise excluded or excepted from the causes of loss covered by this policy.



**ES 189 0507**



AXIS PROPERTY INSURANCE

| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| N | 12:01 a.m. on 11/01/2021 | EAF777450-21 | Included |

**EXCLUSION OF LOSS OR DAMAGE DUE TO VIRUS OR BACTERIA**

It is agreed that the following exclusion shall be added to the policy:

**Virus or Bacteria Exclusion**

We will not pay for loss or damage to covered property caused by, arising out of or resulting from, contributed to or made worse by, actual, alleged or suspected presence of any virus, bacterium or microorganism that induces or is capable of inducing physical distress, illness or disease.  Nor will we pay:

1. The expense or cost to extract or remove such a virus, bacterium or microorganism from covered property;

2. The costs associated with the enforcement of any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of such a virus, bacterium or  microorganism;

3. The expense or costs associated with the enforcement of or compliance with of any ordinance or law which requires the total or partial, temporary or permanent, interruption, closure or cessation of business;

4. Any cost to transport any property or debris to a site for storage or decontamination required because the property is infected by such a virus, bacterium or microorganism, whether or not such removal, transport or decontamination is required by law, regulation or any authority governing such matters; or

5. Any cost to store or otherwise dispose of any property because of the presence of such a virus, bacterium or microorganism in or on covered property.

This exclusion applies to all coverage under all forms and endorsements that comprise this coverage part or policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

With respect to loss or damage subject to this exclusion, the terms of this exclusion shall supersede any exclusion pertaining to pollutants.

As used in this endorsement:

The term "we" means the company providing this insurance.

The term "covered property" shall have the same meaning as set forth in the policy and shall have the same meaning as the term "insured property" (wherever such term is used in policy).

The terms of this exclusion, or the inapplicability of this exclusion to any particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this coverage part or policy.

All other provisions of the Policy remain unchanged.

| Named Insured | | Endorsement Number |
|---|---|---|
| D'Amico Holding Company (See Named Insured Schedule - Endorsement A) | | O |
| **Policy Number** | **Policy Period** | **Effective Date of Endorsement** |
| EAF777450-21 | 11/01/2021     to     11/01/2022 | 11/01/2021 |
| **Issued By** | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | 11/01/2021 |

**This endorsement changes the policy.  Please read it carefully.**

<u>**TERRORISM EXCLUSION ENDORSEMENT**</u>

A.  The following exclusion is added:

Any other provision of this policy notwithstanding, this insurance does not cover loss, damage, injury, expense, cost or legal obligation directly or indirectly resulting from or arising out of or in any way related to any:

1. "Terrorism Act"; or

2. Actions taken by or on behalf of any government or any branch or division thereof (including, without limitation, the uniformed armed forces, militia, police, state security and anti-terrorism agencies) in responding to, preventing, combating, defending or retaliating against any "Terrorism Act."

This exclusion applies regardless of any other cause or event that in any way contributes concurrently or in any sequence to the loss, damage, injury, expense, cost or legal obligation.

This exclusion applies whether or not the "Terrorism Act" was committed in concert with or on behalf of any organization or government.

B. As used in this endorsement:

"Terrorism Act" means any act, preparation in respect of action or the threat of action that:

1. Involves violence or is dangerous to human life or tangible or intangible property (including electronic, communications, information or mechanical systems or infrastructure), and

2. Reasonably appears to be intended, in whole or in part, to:

a. Intimidate or coerce a civilian population or any segment of a civilian population; or
b. Disrupt any segment of the economy of one or more nations; or
c. Overthrow or influence the policy or conduct of a government; or
d. Respond to any governmental action or policy.

"Terrorism Act" shall also include any incident determined to be such by an official, department or agency that has been specifically authorized by federal statute to make such a determination.

"Terrorism Act" includes the intentional dispersal or application of pathogenic, or poisonous biological or chemical materials and shall also include any incident determined to be such by an official, department or agency that has been specifically authorized by federal statute to make such a determination.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this policy.



AXIS TERROR EXCLUSION 01 06

**AXIS**

| Endorsement No. | Effective Date of Endorsement | Policy Number | Additional Premium |
|---|---|---|---|
| P | 12:01 a.m. on 11/01/2021<br><br>If the above date is blank, then this endorsement is effective on the effective date of the Policy. | EAF777450-21 | Included |

### CANCELLATION AND NONRENEWAL ENDORSEMENT – FLORIDA

It is agreed that:

Any Cancellation or Nonrenewal provision in this policy is replaced by the following. If the policy does not contain a Cancellation and/or Nonrenewal provision, the following is added to the policy:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance notice of cancellation.  Such advance notice of cancellation should be mailed or delivered to the address indicated in the Declarations under the item entitled Notices to Insurer.

2. Cancellation Of Policies In Effect

   a. For 90 Days Or Less

   If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

   (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2) 45 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

      (a) A material misstatement or misrepresentation; or

      (b) A failure to comply with the underwriting requirements established by the insurer.

   b. For More Than 90 Days

   If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) The policy was obtained by a material misstatement;

   (3) Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

   (4) A substantial change in the risk covered by the policy; or

   (5) The cancellation is for all insureds under such policies for a given class of insureds.

   If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:



(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph 2.b.

c.  Notwithstanding the above provisions, if this policy provides coverage for an Insured's commercial residential property, if we cancel this policy for any of the reasons in 2.b., we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 120 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph 2.b.

3.  We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

4.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

5.  Nonrenewal

a.  If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

b.  Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

6.  If notice of cancellation is mailed, proof of mailing shall be considered sufficient proof of notice.

As used herein, "us" and "we" refers to the insurance company named on the Declarations.

As used herein, "you", "your" or "named insured" refers to the person or entity first named as such on the Declarations.

If any provision of the policy contains cancellation or nonrenewal terms that are more favorable to the insured than those provided in this endorsement,  then, except where prohibited by applicable state law, the more favorable terms control.

All other provisions of the policy remain unchanged.



# SERVICE OF SUIT

# FLORIDA

The Company hereby designates the Chief Financial Officer of the Florida Office of Financial Regulation and his or her successors, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by you or on your behalf or by any beneficiary under this Policy against the Company arising out of this Policy, provided that all lawful process received by said Chief Financial Officer or his or her successors, is sent by certified or registered mail to the Company at:

**AXIS U.S. Insurance**

**Attn: Claims Administrator**

**10000 Avalon Blvd.**

**Suite 200**

**Alpharetta, GA 30009**

Service of process in any such action will also be valid if served upon any person in the State of Florida who, on behalf of the Company, solicits insurance within the State of Florida; makes, issues or delivers insurance policies within the State of Florida; or collects or receives any premiums or other consideration for the Company.

Service of process shall be deemed to be proper and lawful when in compliance with Florida Statutes, Surplus Lines Law, Section 626.907.



# SIGNATURE PAGE

IN WITNESS WHEREOF, the Insurer has caused this policy to be issued by affixing hereto the facsimile signatures of its President and Secretary.

Secretary

President

Andrew Weissert, Secretary

Carlton Maner, President



## <u>CLAIM NOTICE</u>

To report a new claim notice/loss, please notify:

**AXIS U.S. INSURANCE**

During business hours of 8:30 AM EST to 4:30 PM EST.

**Mailing Address**
PO Box 4470
Alpharetta, GA 30023

**Shipping Address**
10000 Avalon Blvd
Suite 200
Alpharetta, GA  30009

**Phone:**          (678) 746-9400
**Fax:**              (678) 746-9315
**Toll Free Fax:** (866) 770-5629
**E-mail:**         <u>USClaimNoticeATL@axiscapital.com</u>

**After business hours**
Please contact Cunningham Lindsey at 1-800-621-5410.



**ES 036 0220**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                        CIVIL ACTION

D'amico Holding Company
D'amico's Continental Naples Llc
Campiello Llc
      Plaintiff(s),

vs.                                        CASE NO:  11-2023-CA-003115-0001-XX

Axis Surplus Insurance Company
      Defendant(s).

## STANDING ORDER IN CIRCUIT CIVIL CASES IN THE
## TWENTIETH JUDICIAL CIRCUIT

    PURSUANT to Florida Rule of Civil Procedure 1.200(a), Florida Rule of Judicial
Administration 2.545, and Administrative Order 1.13 entered by the Chief Judge of this Circuit,
the parties are ordered to adhere to the following information and procedures applicable to civil
lawsuits:

1. **SERVICE OF THIS ORDER.**  The Plaintiff is directed to serve a copy of this Order
   with each Summons issued in this case. One copy of this Order is to be filed with the
   Clerk of the Circuit Court with proof of service. The Plaintiff shall pay the appropriate
   statutory clerk's fees on copies for each Standing Order issued and attached to the
   Summons.

2. **CIVIL CASE MANAGEMENT SYSTEM.**  The Supreme Court of Florida has
   established guidelines for the prompt processing and resolution of civil cases. This
   Court has adopted a case management system to help meet those guidelines. In
   contested cases (other than residential foreclosures, involuntary commitment of
   sexually violent predators, Extraordinary Writs, 90 day Notice of Medical Malpractice
   Claim, and Administrative Appeals), the parties are required to participate in the case
   management system. The Court will issue a Case Management Plan after 150 days of
   the filing of a case in the event the parties have not submitted an Agreed Case
   Management Plan that has been approved by the Court. However, if it becomes
   necessary to amend the court-issued Case Management Plan, the parties may submit
   an Agreed Case Management Plan, subject to approval by the Court, or if the parties
   cannot agree on an Amended Plan, the parties may request a case management
   conference. The form of the Agreed Case Management Plan may be accessed at the
   Court's website at: http://www.ca.cjis20.org/web/main/civil.asp. If a case
   management conference is scheduled, attendance by trial counsel and those parties
   who are not represented by counsel is mandatory.

   Unless all of the Defendants have been served and have defaulted, an Agreed Case
   Management Plan will be submitted to the Civil Case Manager via email at
   collieragreedplan@ca.cjis20.org on or before 150 days from the date of filing the
   initial complaint.

3. **ALTERNATIVE DISPUTE RESOLUTION (ADR).**  ADR provides parties with an

out-of-court alternative to settling disagreements. The Court requires the parties to participate in ADR prior to trial. Mediation is mandatory unless the parties agree to another form of ADR. Mediation is a conference at which an independent third party attempts to arrange a settlement between the parties. The Court, at its discretion, may order the case be referred to Non-Binding Arbitration. Non-Binding Arbitration is the process in which the court refers a case to a registered arbitrator, or panel of arbitrators, who will hear evidence and make an award which may become a final judgment if a Motion for Trial De Novo is not timely filed pursuant to Fla. R. Civ. P. 1.820(h).

4. **FAILURE TO PROSECUTE.** The Court will issue a Notice of Intent to Dismiss a case if there is no record of activity within a ten (10) month period of time.

5. **RULES OF PROFESSIONALISM.** The Twentieth Judicial Circuit has adopted Administrative Order 2.20, which sets forth standards of professional courtesy and conduct for all counsel or pro-se litigants practicing within the Circuit. The Court requires that all familiarize themselves and comply with Administrative Order 2.20. Administrative Order 2.20 may be viewed on the Court's website at: http://www.ca.cjis20.org/web/main/ao_admin.asp.

**DONE AND ORDERED** in Chambers at Naples, Collier County, Florida, on this 3rd of November, 2023

_____
Joseph G Foster, Circuit Judge